# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: admin | Date Created: 9/27/2021 |
| Case: 8–21–71691–reg | Form ID: 760 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Michael J. Macco      ecf@maccolaw.com
aty     Ronald D Weiss      weiss@ny–bankruptcy.com

                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Douglas J Filardo     27 Montauk Hwy     Westhampton, NY 11977
smg    United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560
               Federal Plaza – Room 560    Central Islip, NY 11722–4437

                                                    TOTAL: 2