# Notice Recipients

District/Off: 0207–8     User: admin     Date Created: 9/27/2021
Case: 8–21–71691–reg     Form ID: 245     Total: 38

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Michael J. Macco | ecf@maccolaw.com |
| aty | Ronald D Weiss | weiss@ny–bankruptcy.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Douglas J Filardo | 27 Montauk Hwy   Westhampton, NY 11977 |
| smg | United States Trustee | Office of the United States Trustee   Long Island Federal Courthouse   560 Federal Plaza – Room 560   Central Islip, NY 11722–4437 |
| 10009815 | Amex/Bankruptcy | Correspondence/Bankruptcy   Po Box 981540   El Paso, TX 79998 |
| 10009816 | Amex/Bankruptcy | Po Box 6789   Sioux Falls, SD 57117 |
| 10009817 | Andrea Allani | 396 3rd St   Apt 14   Brooklyn, NY 11215 |
| 10009818 | Barclays Bank Delaware | Attn: Bankruptcy   Po Box 8801   Wilmington, DE 19899 |
| 10009819 | Barclays Bank Delaware | P.o. Box 8803   Wilmington, DE 19899 |
| 10009820 | Cbna | Citicorp Credit Srvs/Centralized BK Dept   Po Box 790034   St. Louis, MO 63179 |
| 10009821 | Cbna | Po Box 6181   Sioux Falls, SD 57117 |
| 10009822 | Chase Card Services | Attn: Bankruptcy   Po Box 15298   Wilmington, DE 19850 |
| 10009823 | Chase Card Services | Po Box 15369   Wilmington, DE 19850 |
| 10009824 | Citibank | Citicorp Credit Srvs/Centralized Bk dept   Po Box 790034   St Louis, MO 63179 |
| 10009825 | Citibank | Po Box 6217   Sioux Falls, SD 57117 |
| 10009826 | Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept   Po Box 790034   St Louis, MO 63179 |
| 10009827 | Citibank/The Home Depot | Po Box 6497   Sioux Falls, SD 57117 |
| 10009828 | Comenity Bank/Wayfair | Attn: Bankruptcy   Po Box 182125   Columbus, OH 43218 |
| 10009829 | Comenity Bank/Wayfair | Po Box 182789   Columbus, OH 43218 |
| 10009830 | Discover Financial | Attn: Bankruptcy   Po Box 3025   New Albany, OH 43054 |
| 10009831 | Discover Financial | Pob 15316   Wilmington, DE 19850 |
| 10009832 | Dsnb Bloomingdales | Attn: Recovery 'Bk'   Po Box 9111   Mason, OH 45040 |
| 10009833 | Dsnb Bloomingdales | Po Box 6789   Sioux Falls, SD 57117 |
| 10009834 | Ford Motor Company | P.O. Box 31111   Tampa, FL 33631 |
| 10009835 | Francine Filardo | 27 Montauk Highway   Westhampton, NY 11977 |
| 10009836 | Internal Revenue Service | P.O. Box 7346   Philadelphia, PA 19101–7346 |
| 10009838 | Lincoln Auto Finance | PO Box 55000   Dept. 194101   Detroit, MI 48255–1941 |
| 10009837 | Lincoln Auto Finance | PO Box 62000   Colorado Springs, CO 80962 |
| 10009839 | Lincoln Automotive Fin | Attn: Bankrutcy   Po Box 54200   Omaha, NE 68154 |
| 10009840 | Lincoln Automotive Fin | Pob 542000   Omaha, NE 68154 |
| 10009841 | New York State DTF | P O Box 5300   Albany, NY 12205 |
| 10009843 | Nordstrom FSB | 13531 E. Caley Ave   Englewood, CO 80111 |
| 10009842 | Nordstrom FSB | Attn: Bankruptcy   Po Box 6555   Englewood, CO 80155 |
| 10009844 | PHH Mortgage Services | PO Box 40724   Lansing, MI 48901–7924 |
| 10009846 | Star Auto Sales of Queens | 206–26 Northern Blvd   Bayside, NY 11361 |
| 10009845 | Star Auto Sales of Queens | c/o Milman Labuda Law   Group, PLLC   3000 Marcus Ave, Ste 3W8   New Hyde Park, NY 11042 |
| 10009848 | Suntrust Bank | 303 Peachtree Street Northeast   Atlanta, GA 30308 |
| 10009847 | Suntrust Bank | Attn: Bankruptcy   Mc Va–Rvw_6290 Pob 85092   Richmond, VA 23286 |

TOTAL: 36