# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/27/2021 |
| Case: 8−21−71691−reg | Form ID: 309I | Total: 38 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Douglas J Filardo | 27 Montauk Hwy | Westhampton, NY 11977 | | |
| tr | Michael J. Macco | 2950 Express Drive South | Suite 109 | Islandia, NY 11749 | |
| aty | Ronald D Weiss | 734 Walt Whitman Road | Suite 203 | Melville, NY 11747 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza − Room 560 | Central Islip, NY 11722−4437 |
| 10009815 | Amex/Bankruptcy | Correspondence/Bankruptcy | Po Box 981540 | El Paso, TX 79998 | |
| 10009816 | Amex/Bankruptcy | Po Box 6789 | Sioux Falls, SD 57117 | | |
| 10009817 | Andrea Allani | 396 3rd St | Apt 14 | Brooklyn, NY 11215 | |
| 10009818 | Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899 | |
| 10009819 | Barclays Bank Delaware | P.o. Box 8803 | Wilmington, DE 19899 | | |
| 10009820 | Cbna | Citicorp Credit Srvs/Centralized BK Dept | Po Box 790034 | St. Louis, MO 63179 | |
| 10009821 | Cbna | Po Box 6181 | Sioux Falls, SD 57117 | | |
| 10009822 | Chase Card Services | Attn: Bankruptcy | Po Box 15298 | Wilmington, DE 19850 | |
| 10009823 | Chase Card Services | Po Box 15369 | Wilmington, DE 19850 | | |
| 10009824 | Citibank | Citicorp Credit Srvs/Centralized Bk dept | Po Box 790034 | St Louis, MO 63179 | |
| 10009825 | Citibank | Po Box 6217 | Sioux Falls, SD 57117 | | |
| 10009826 | Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept | Po Box 790034 | St Louis, MO 63179 | |
| 10009827 | Citibank/The Home Depot | Po Box 6497 | Sioux Falls, SD 57117 | | |
| 10009828 | Comenity Bank/Wayfair | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 | |
| 10009829 | Comenity Bank/Wayfair | Po Box 182789 | Columbus, OH 43218 | | |
| 10009830 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 | |
| 10009831 | Discover Financial | Pob 15316 | Wilmington, DE 19850 | | |
| 10009832 | Dsnb Bloomingdales | Attn: Recovery 'Bk' | Po Box 9111 | Mason, OH 45040 | |
| 10009833 | Dsnb Bloomingdales | Po Box 6789 | Sioux Falls, SD 57117 | | |
| 10009834 | Ford Motor Company | P.O. Box 31111 | Tampa, FL 33631 | | |
| 10009835 | Francine Filardo | 27 Montauk Highway | Westhampton, NY 11977 | | |
| 10009836 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| 10009838 | Lincoln Auto Finance | PO Box 55000 | Dept. 194101 | Detroit, MI 48255−1941 | |
| 10009837 | Lincoln Auto Finance | PO Box 62000 | Colorado Springs, CO 80962 | | |
| 10009839 | Lincoln Automotive Fin | Attn: Bankrutcy | Po Box 54200 | Omaha, NE 68154 | |
| 10009840 | Lincoln Automotive Fin | Pob 542000 | Omaha, NE 68154 | | |
| 10009841 | New York State DTF | P O Box 5300 | Albany, NY 12205 | | |
| 10009843 | Nordstrom FSB | 13531 E. Caley Ave | Englewood, CO 80111 | | |
| 10009842 | Nordstrom FSB | Attn: Bankruptcy | Po Box 6555 | Englewood, CO 80155 | |
| 10009844 | PHH Mortgage Services | PO Box 40724 | Lansing, MI 48901−7924 | | |
| 10009846 | Star Auto Sales of Queens | 206−26 Northern Blvd | Bayside, NY 11361 | | |
| 10009845 | Star Auto Sales of Queens | c/o Milman Labuda Law | Group, PLLC | 3000 Marcus Ave, Ste 3W8 | New Hyde Park, NY 11042 |
| 10009848 | Suntrust Bank | 303 Peachtree Street Northeast | Atlanta, GA 30308 | | |
| 10009847 | Suntrust Bank | Attn: Bankruptcy | Mc Va−Rvw_6290 Pob 85092 | Richmond, VA 23286 | |

TOTAL: 38