United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 21-71691-reg
Douglas J Filardo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8      User: admin      Page 1 of 3
Date Rcvd: Sep 28, 2021      Form ID: pdf002      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas J Filardo, 27 Montauk Hwy, Westhampton, NY 11977-1211 |
| 10009816 | + | Amex/Bankruptcy, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 10009815 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 10009817 | + | Andrea Allani, 396 3rd St, Apt 14, Brooklyn, NY 11215-2834 |
| 10009819 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 10009818 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 10009833 | + | Dsnb Bloomingdales, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 10009834 | + | Ford Motor Company, P.O. Box 31111, Tampa, FL 33631-3111 |
| 10009835 | + | Francine Filardo, 27 Montauk Highway, Westhampton, NY 11977-1211 |
| 10009837 | + | Lincoln Auto Finance, PO Box 62000, Colorado Springs, CO 80962-2000 |
| 10009838 | | Lincoln Auto Finance, PO Box 55000, Dept. 194101, Detroit, MI 48255-1941 |
| 10009840 | + | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 10009839 | + | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 10009844 | | PHH Mortgage Services, PO Box 40724, Lansing, MI 48901-7924 |
| 10009846 | + | Star Auto Sales of Queens, 206-26 Northern Blvd, Bayside, NY 11361-3146 |
| 10009845 | + | Star Auto Sales of Queens, c/o Milman Labuda Law, Group, PLLC, 3000 Marcus Ave, Ste 3W8, New Hyde Park, NY 11042-1009 |
| 10009847 | + | Suntrust Bank, Attn: Bankruptcy, Mc Va-Rvw_6290 Pob 85092, Richmond, VA 23286-0001 |
| 10009848 | + | Suntrust Bank, 303 Peachtree Street Northeast, Atlanta, GA 30308-3245 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Sep 28 2021 18:17:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |
| 10009820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:18:54 | Cbna, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 10009821 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:18:54 | Cbna, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 10009825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:29:07 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 10009824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:29:04 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 10009827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:18:59 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 10009826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:29:10 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 10009828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 18:17:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 10009829 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 18:17:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |

| District/off: 0207-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf002 | Total Noticed: 36 |

| Recipient | Notice Type | Date/Time | Address |
|---|---|---|---|
| 10009831 | Email/Text: mrdiscen@discover.com | Sep 28 2021 18:17:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 10009832 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 18:18:50 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 10009830 + | Email/Text: mrdiscen@discover.com | Sep 28 2021 18:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 10009836 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2021 18:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 10009822 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 18:18:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 10009823 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 18:18:52 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 10009841 + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 28 2021 18:17:00 | New York State DTF, P O Box 5300, Albany, NY 12205-0300 |
| 10009843 + | Email/Text: bnc@nordstrom.com | Sep 28 2021 18:17:59 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 10009842 + | Email/Text: bnc@nordstrom.com | Sep 28 2021 18:17:54 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Macco | ecf@maccolaw.com  jzarrilli@maccolaw.com;maccocr82572@notify.bestcase.com |
| Michael J. Macco | on behalf of Trustee Michael J. Macco ecf@maccolaw.com  jzarrilli@maccolaw.com;maccocr82572@notify.bestcase.com |
| Ronald D Weiss | on behalf of Debtor Douglas J Filardo weiss@ny-bankruptcy.com bankruptcyecf@ny-bankruptcy.com;R54991@notify.bestcase.com;michaelf@ny-bankruptcy.com;ryan@ny-bankruptcy.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

District/off: 0207-8                           User: admin                           Page 3 of 3
Date Rcvd: Sep 28, 2021                        Form ID: pdf002                       Total Noticed: 36
TOTAL: 4

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re

Chapter 13
Case No. 21-71691-736

DOUGLAS J FILARDO

Debtor(s).

-------------------------------------------------------x

## NOTICE OF RESET SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the initial section 341 meeting of creditors for the above-captioned case, scheduled as an in-person 341 meeting for, October 25, 2021 at 10:00 a.m., will now be reset as a telephonic meeting and conducted **by telephone conference on,** October 25, 2021 at 10:00 a.m. (the "Designated Meeting Time").

All parties shall appear by phone at the section 341 in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:   **877-418-3983**, and

when prompted enter the Participant Code: **9913480** followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.   Thank you for you anticipated cooperation in this regard.

**Instructions for Testifying Debtors and Counsel**

No later than one day prior to the Designated Meeting time, the Debtor's attorney or Debtor are required to provide the Trustee with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number ("Identification Documents") A copy of the Debtor's identification and proof of social security number must be provided to the Trustee via a secure method, i.e., portal, encrypted email, etc.   Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.   If represented by an attorney this information should be uploaded to the Trustee's portal.   If not represented by an attorney this information must be emailed to www.chapter13documents@maccolaw.com in PDF format only.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the Trustee immediately following the meeting.

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number.   In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the Trustee will administer the oath telephonically at the commencement of the 341 meeting.

Date:   September 28, 2021

*/s/   Michael J. Macco*
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900