PRIVATE COLLECTION HOLDINGS CORP
27 Montauk Hwy
Westhampton NY 11977

1509-0273
EE ID:

DOUG FILARDO
27 MONTAUK HWY
WESTHAMPTON NY 11977

**PERSONAL AND CHECK INFORMATION**
Doug Filardo
27 Montauk Hwy
Westhampton, NY 11977
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 09/11/21 to 09/24/21
Check Date: 09/24/21    Check #: 105

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1000.00 | | 4000.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1000.00 | | 4000.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 62.00 | 248.00 |
| | Medicare | | 14.50 | 58.00 |
| | Fed Income Tax | S 0 | 94.12 | 376.48 |
| | NY Income Tax | S 0 | 33.74 | 134.96 |
| | NY Disability | | 1.20 | 4.80 |
| | NY PFL | | 5.11 | 20.44 |
| | **TOTAL** | | **210.67** | **842.68** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Net Pay Deducti | 789.33 | 3157.32 |
| | **TOTAL** | **789.33** | **3157.32** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |

Payrolls by Paychex, Inc

0018  1509-0273  Private Collection Holdings Corp • 27 Montauk Hwy • Westhampton NY 11977 • (516) 404-6261

PRIVATE COLLECTION HOLDINGS CORP
27 Montauk Hwy
Westhampton NY 11977

1509-0273
EE ID:

DOUG FILARDO
27 MONTAUK HWY
WESTHAMPTON NY 11977

**PERSONAL AND CHECK INFORMATION**
Doug Filardo
27 Montauk Hwy
Westhampton, NY 11977
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 08/28/21 to 09/10/21
Check Date: 09/10/21    Check #: 104

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1000.00 | | 3000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1000.00 | | 3000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 62.00 | 186.00 |
| | Medicare | | 14.50 | 43.50 |
| | Fed Income Tax | S 0 | 94.12 | 282.36 |
| | NY Income Tax | S 0 | 33.74 | 101.22 |
| | NY PFL | | 5.11 | 15.33 |
| | NY Disability | | 1.20 | 3.60 |
| | **TOTAL** | | 210.67 | 632.01 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Net Pay Deducti | 789.33 | 2367.99 |
| | **TOTAL** | **789.33** | **2367.99** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |

Payrolls by Paychex, Inc.

0018 1509-0273 Private Collection Holdings Corp • 27 Montauk Hwy • Westhampton NY 11977 • (516) 404-6261

PRIVATE COLLECTION HOLDINGS CORP  1509-0273
27 Montauk Hwy  EE ID:
Westhampton NY 11977

DOUG FILARDO
27 MONTAUK HWY
WESTHAMPTON NY 11977

---

**PERSONAL AND CHECK INFORMATION**
Doug Filardo
27 Montauk Hwy
Westhampton, NY 11977
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 08/14/21 to 08/27/21
Check Date: 08/27/21    Check #: 103
(VOID)

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| **NET PAY** | **0.00** | **0.00** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | -1000.00 | | 2000.00 |
| Total Hours | | | | | |
| Gross Earnings | | | -1000.00 | | 2000.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | Override $-62 | -62.00 | 124.00 |
| Medicare | Override $-14.50 | -14.50 | 29.00 |
| Fed Income Tax | Override $-94.12 | -94.12 | 188.24 |
| NY Income Tax | Override $-33.74 | -33.74 | 67.48 |
| NY PFL | Override $-5.11 | -5.11 | 10.22 |
| NY Disability | Override $-1.20 | -1.20 | 2.40 |
| **TOTAL** | | **-210.67** | **421.34** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Net Pay Deducti | -789.33 | 1578.66 |
| **TOTAL** | **-789.33** | **1578.66** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |

Payrolls by Paychex, Inc

0018 1509-0273  Private Collection Holdings Corp • 27 Montauk Hwy • Westhampton NY 11977 • (516) 404-6261

PRIVATE COLLECTION HOLDINGS CORP
27 Montauk Hwy
Westhampton NY 11977

1509-0273
EE ID:

DOUG FILARDO
27 MONTAUK HWY
WESTHAMPTON NY 11977

**PERSONAL AND CHECK INFORMATION**
Doug Filardo
27 Montauk Hwy
Westhampton, NY 11977
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 08/14/21 to 08/27/21
Check Date: 08/27/21    Check #: 103

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1000.00 | | 3000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 1000.00 | | 3000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 62.00 | 186.00 |
| | Medicare | | 14.50 | 43.50 |
| | Fed Income Tax | S 0 | 94.12 | 282.36 |
| | NY Income Tax | S 0 | 33.74 | 101.22 |
| | NY PFL | | 5.11 | 15.33 |
| | NY Disability | | 1.20 | 3.60 |
| | **TOTAL** | | 210.67 | 632.01 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Net Pay Deducti | 789.33 | 2367.99 |
| | **TOTAL** | 789.33 | 2367.99 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |

Payrolls by Paychex, Inc.

0018 1509-0273  Private Collection Holdings Corp • 27 Montauk Hwy • Westhampton NY 11977 • (516) 404-6261

PRIVATE COLLECTION HOLDINGS CORP  
27 Montauk Hwy  
Westhampton NY 11977

1509-0273  
EE ID:

DOUG FILARDO  
27 MONTAUK HWY  
WESTHAMPTON NY 11977

---

**PERSONAL AND CHECK INFORMATION**  
Doug Filardo  
27 Montauk Hwy  
Westhampton, NY 11977  
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 07/31/21 to 08/13/21  
Check Date: 08/13/21    Check #: 102

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| **NET PAY** | **0.00** | **0.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1000.00 | | 2000.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1000.00 | | 2000.00 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 62.00 | 124.00 |
| | Medicare | | 14.50 | 29.00 |
| | Fed Income Tax | S 0 | 94.12 | 188.24 |
| | NY Income Tax | S 0 | 33.74 | 67.48 |
| | NY PFL | | 5.11 | 10.22 |
| | NY Disability | | 1.20 | 2.40 |
| | **TOTAL** | | **210.67** | **421.34** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Net Pay Deducti | 789.33 | 1578.66 |
| | **TOTAL** | **789.33** | **1578.66** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |

Payrolls by Paychex, Inc.

0018 1509-0273 Private Collection Holdings Corp • 27 Montauk Hwy • Westhampton NY 11977 • (516) 404-6261

PRIVATE COLLECTION HOLDINGS CORP  1509-0273
27 Montauk Hwy  EE ID:
Westhampton NY 11977

DOUG FILARDO
27 MONTAUK HWY
WESTHAMPTON NY 11977

**PERSONAL AND CHECK INFORMATION**
Doug Filardo
27 Montauk Hwy
Westhampton, NY 11977
Soc Sec #: xxx-xx-xxxx    Employee ID:

Pay Period: 07/17/21 to 07/30/21
Check Date: 07/30/21    Check #: 101

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| **NET PAY** | **0.00** | **0.00** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1000.00 | | 1000.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1000.00 | | 1000.00 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 62.00 | 62.00 |
| Medicare | | 14.50 | 14.50 |
| Fed Income Tax | S 0 | 94.12 | 94.12 |
| NY Income Tax | S 0 | 33.74 | 33.74 |
| NY PFL | | 5.11 | 5.11 |
| NY Disability | | 1.20 | 1.20 |
| **TOTAL** | | 210.67 | 210.67 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Net Pay Deducti | 789.33 | 789.33 |
| **TOTAL** | 789.33 | 789.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 0.00 | 0.00 |

Payrolls by Paychex, Inc

0018 1509-0273  Private Collection Holdings Corp • 27 Montauk Hwy • Westhampton NY 11977 • (516) 404-6261