UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                    Chapter 13
                                                          Case No.: 21-71691
DOUGLAS J. FILARDO
                                                          **NOTICE OF APPEARANCE
                                                          AND DEMAND FOR SERVICE
                                                          OF PAPERS AND OTHER
                                                          DOCUMENTS**

                            Debtor

-------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Berger, Fischoff, Shumer, Wexler & Goodman, LLP, by Gary C. Fischoff, Esq., hereby enters its appearance on behalf of Star Auto Sales of Queens, LLC, d/b/a Star Subaru, Creditor, in the above-captioned action. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter be directed to the following:

**BERGER, FISCHOFF, SHUMER, WEXLER & GOODMAN, LLP**
**6901 JERICHO TURNPIKE, SUITE 230**
**SYOSSET, NEW YORK 11791**
**ATTN: Gary C. Fischoff, Esq.**
**gfischoff@bfslawfirm.com**
**(516) 747-1136**

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telefax or otherwise.

Dated: Syosset, New York
       October 20, 2021

                               BERGER, FISCHOFF, SHUMER,
                               WEXLER & GOODMAN, LLP
                               *Co-Counsel for*
                               *Star Auto Sales of Queens, LLC,*
                               *d/b/a Star Subaru*
                               6901 Jericho Turnpike, Suite 230
                               Syosset, New York 11791
                               (516) 747-1136

                               _____
                               By: Gary C. Fischoff, Esq.