UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:

DOUGLAS J. FILARDO

Chapter 13
Case No.: 21-71691

Debtor.

-----------------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )

COUNTY OF NASSAU    )    ss:

I, Candice Jones, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on East Fulton Street, Long Beach, State of New York.

On October 20, 2021, deponent served a copy of the within **Notice of Appearance** by first class mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    *See Attached Service List*

_____
Candice Jones

Sworn to me this 20th
day of October, 2021

_____
NOTARY PUBLIC

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 2023

Ronald D. Weiss, Esq.
734 Walt Whitman Road
Suite 203
Melville, New York 11747


Michael J. Macco, Trustee
2950 Express Drive South
Suite 109
Islandia, New York 11749


Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722