UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                              Chapter 13
                                                    Case No.: 21-71691
DOUGLAS J. FILARDO

**AFFIDAVIT OF SERVICE**

Debtor

-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**SOPHIA FREIMAN,** being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over twenty-one years of age, and resides at Nassau County, New York.

2. On October 20, 2021, deponent served the within **NOTICE OF APPEARANCE FOR JOSEPH M. LABUDA, ESQ,** via first class mail upon:

TO:   Ronald D. Weiss, Esq.
      734 Walt Whitman Road
      Suite 203
      Melville, New York 11747

      Michael J. Macco, Trustee
      2950 Express Drive South
      Suite 109
      Islandia, New York 11749

      Office of the United States Trustee
      Long Island Federal Courthouse
      560 Federal Plaza
      Central Islip, New York 11722

by depositing true copies thereof in separate post-paid wrappers and in an official depository under the exclusive care and custody of Federal Express within the State of New York.

Dated: Lake Success, New York
       October 20, 2021

                                                    _____
                                                    **SOPHIA FREIMAN**

Subscribed and sworn to before me
this 20th day of October, 2021

_____
**NOTARY PUBLIC**

PARBATIE SINGH
Notary Public, State of New York
No. 01SI6062253
Qualified in Queens County
Commission Expires August 6, 2024