UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

    Douglas J Filardo,

        Debtor.

Case No. 21-71691-reg
Chapter 13

## CERTIFICATE OF SERVICE

I, Carolyn Matthei, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court an Objection to Confirmation on November 2, 2021 and served same as indicated below.

**Mail Service**: Caused to be served via regular, first-class United States mail, postage full pre-paid, addressed to:

Douglas J Filardo
27 Montauk Hwy
Westhampton, NY 11977

E-Mail Service: via CM/ECF e-mail notification to the following parties who have either requested service by electronic means or are deemed to have requested same, in accordance with FRBP 9036, and further served counsel for debtor notice of electronic filing via electronic mail:

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Ronald D. Weiss
734 Walt Whitman Road
Suite 203
Melville, NY 11747
weiss@ny-bankruptcy.com

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749

                                              /s/ Carolyn Matthei
                                              Carolyn Matthei