

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 10, 2021 through October 08, 2021

Account Number: 2693

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00732077 DRE 802 219 28221 NNNNNNNNNNN 1 000000000 06 0000
DOUGLAS J FILARDO
27 MONTAUK HWY
WESTHAMPTON NY 11977

## CHECKING SUMMARY
Chase Better Banking Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $1,346.21 |
| Deposits and Additions | 17,088.00 |
| Checks Paid | -333.46 |
| ATM & Debit Card Withdrawals | -1,151.47 |
| Electronic Withdrawals | -13,713.73 |
| Fees | -50.00 |
| Ending Balance | $3,185.55 |

Good news! Your Monthly Service Fee was waived because you had a balance of $1,500 or more in your Chase Better Banking Checking account at the end of the business day before the last day of your statement period or an average beginning day balance of $5,000 or more in qualifying linked deposits, investments, credit cards, mortgage and other loans during your statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10 | Deposit 2490016557 | $500.00 |
| 09/13 | Deposit 1989844241 | 2,500.00 |
| 09/15 | SSA Treas 310 Xxsoc Sec  PPD ID: 9031036030 | 2,388.00 |
| 09/20 | Reversemtg0129 Cons Cp  PPD ID: 381889396C | 6,000.00 |
| 09/29 | Deposit 1989944333 | 500.00 |
| 09/30 | Deposit 2490014454 | 1,000.00 |
| 10/01 | Online Transfer From Chk ...4975 Transaction#: 12713576902 | 1,200.00 |
| 10/07 | Deposit 2490017434 | 3,000.00 |
| **Total Deposits and Additions** | | **$17,088.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1064 ^ | | 09/29 | $174.41 |
| 1447 * ^ | | 09/17 | 159.05 |
| **Total Checks Paid** | | | **$333.46** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10 | Card Purchase | 09/08 Buckley`S Inn Between Hampton Bays NY Card 4081 | $58.97 |
| 09/10 | Card Purchase | 09/09 USA Petroleum Westhampton NY Card 4081 | 15.29 |
| 09/14 | Card Purchase | 09/13 Mill Road Seafood Westhampton B NY Card 4081 | 14.50 |
| 09/15 | Card Purchase | 09/13 Hamptons Wine Shoppe W Hampton Bch NY Card 4081 | 54.33 |
| 09/15 | Card Purchase | 09/14 Gulf Oil 92045037 Eastport NY Card 4081 | 63.87 |
| 09/15 | Card Purchase With Pin | 09/15 Wild By N 260 W. Mont Hampton Bays NY Card 4081 | 17.08 |
| 09/16 | Card Purchase With Pin | 09/16 Shell Service Station Elmont NY Card 4081 | 27.00 |
| 09/17 | Card Purchase | 09/15 Buckley's Inn Between Hampton Bays NY Card 4081 | 89.00 |
| 09/20 | Card Purchase | 09/18 Centro Trattoria Bar Hampton Bays NY Card 4081 | 205.12 |
| 09/20 | Card Purchase With Pin | 09/19 Exit 46 Sunrise Islip Terrace NY Card 4081 | 33.01 |
| 09/21 | Recurring Card Purchase | 09/20 Ddv *Discoveryplus 012-3456789 TN Card 4081 | 4.99 |
| 09/23 | Card Purchase | 09/22 Flora 631-9989600 NY Card 4081 | 150.92 |
| 09/28 | Card Purchase | 09/27 Conoco - Melville Cono Melville NY Card 4081 | 53.32 |
| 10/04 | Card Purchase | 10/01 Baby Moon Restaurant W Hampton Bch NY Card 4081 | 123.20 |
| 10/04 | Card Purchase With Pin | 10/02 Petsmart #2702 Riverhead NY Card 4081 | 31.93 |
| 10/04 | Card Purchase With Pin | 10/02 Shell Service Station Riverhead NY Card 4081 | 30.03 |
| 10/06 | Card Purchase | 10/04 Hamptons Wine Shoppe W Hampton Bch NY Card 4081 | 36.91 |
| 10/06 | Card Purchase | 10/05 Netflix.Com Netflix.Com CA Card 4081 | 13.99 |
| 10/06 | Card Purchase With Pin | 10/06 7-Eleven Manorville NY Card 4081 | 20.00 |
| 10/07 | Card Purchase | 10/06 USA Petroleum Westhampton NY Card 4081 | 38.01 |
| 10/07 | ATM Withdrawal | 10/07 154 Main St Westhampton B NY Card 4081 | 40.00 |
| 10/08 | Card Purchase | 10/07 Conoco - Melville Cono Melville NY Card 4081 | 30.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,151.47** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/10 | 09/10 Online Domestic Wire Transfer Via: Usaa Fedl Sa/314074269 A/C: Andrea Alari Brrooklyn NY 11231 US Ref: Westhampton Imad: 0910B1Qgc07C003242 Tm: 3116921253Es | | $625.00 |
| 09/13 | JPMC Fbo Instame Silverscri | PPD ID: 9221883201 | 35.00 |
| 09/13 | 09/11 Online Transfer To Chk ...4975 Transaction#: 12571579338 | | 30.00 |
| 09/14 | 09/14 Online Transfer To Chk ...1059 Transaction#: 12588341948 | | 700.00 |
| 09/14 | 09/14 Online Transfer To Chk ...1059 Transaction#: 12588346752 | | 200.00 |
| 09/15 | Verizon Wireless Payments | PPD ID: 7223344794 | 266.77 |
| 09/15 | Irs    Usataxpymt | PPD ID: 3387702000 | 614.00 |
| 09/16 | Winters Bros Li  EFT Pymt  5500129726 | Web ID: 1330903620 | 58.11 |
| 09/17 | Citibank Loan    Ez-Pay | PPD ID: 1207000000 | 232.63 |
| 09/20 | Newyorklife-Aarp Insurance | PPD ID: 1951985500 | 206.25 |



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | 09/19 Cbp Transfer From Checking 2693 | 2,500.00 |
| 09/20 | 09/19 Online Transfer To Chk ...1059 Transaction#: 12627244908 | 320.00 |
| 09/22 | 09/22 Online Payment 12643787515 To Key Bank | 276.53 |
| 09/22 | 09/22 Online Payment 12643791474 To Ford Motor Credit | 482.90 |
| 09/22 | 09/22 Online Payment 12643795863 To Cablevision | 207.15 |
| 09/22 | 09/22 Online Payment 12643799581 To Home Depot Credit Services | 250.00 |
| 09/22 | 09/22 Online Payment 12643812039 To Synchrony Bank/Amazon | 250.00 |
| 09/22 | 09/22 Online Payment 12643814754 To Long Island Gas | 17.27 |
| 09/22 | 09/22 Online Payment 12643818966 To Pseglong Island | 173.14 |
| 09/22 | 09/22 Online Payment 12643823164 To Paypal | 150.00 |
| 09/22 | 09/22 Online Payment 12643829128 To Discover Card | 150.00 |
| 09/22 | 09/22 Online Payment 12643832490 To Macy's American Express | 100.00 |
| 09/22 | 09/22 Online Payment 12643844594 To Capital One | 150.00 |
| 09/22 | 09/22 Online Payment 12643849163 To Synchrony Bank | 200.00 |
| 09/22 | 09/22 Online Payment 12643852152 To Tjmaxx Mastercard | 200.00 |
| 09/22 | 09/22 Online Payment 12643859111 To Lord & Taylor | 100.00 |
| 09/22 | 09/22 Payment To Chase Card Ending IN 7627 | 100.00 |
| 09/22 | 09/22 Online Payment 12644013870 To Card Services | 680.29 |
| 09/27 | Lightstream Loan Pmts 26481144 Web ID: 1253108792 | 588.69 |
| 09/27 | 09/27 Online Transfer To Chk ...1059 Transaction#: 12674193549 | 300.00 |
| 09/27 | 09/27 Online Transfer To Chk ...1059 Transaction#: 12674315329 | 125.00 |
| 09/29 | 09/29 Online Transfer To Chk ...1059 Transaction#: 12688674059 | 500.00 |
| 10/01 | 10/01 Cbp Transfer From Checking 2693 | 1,000.00 |
| 10/01 | 10/01 Cbp Transfer From Checking 2693 | 300.00 |
| 10/01 | 10/01 Online Transfer To Chk ...1059 Transaction#: 12713587721 | 1,000.00 |
| 10/04 | 10/04 Online Domestic Wire Transfer Via: Usaa Fedl Sa/314074269 A/C: Andrea Alari Brrooklyn NY 11231 US Ref: Westhampton Imad: 1004B1Qgc06C002738 Trn: 3044441277Es | 625.00 |
| **Total Electronic Withdrawals** | | **$13,713.73** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10 | Online Domestic Wire Fee | $25.00 |
| 10/04 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$50.00** |



September 10, 2021 through October 08, 2021

Account Number: 000000785252693

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC

# CHASE for BUSINESS

**PREMIER PLUS CKG (...1059)**

**$7.58**
Available balance

**$7.58**
Present balance

Francine + Filando
Douglas Joint
...1059

Off
Debit card coverage

Uncollected funds     Total $0.00

## Account activity

SHOWING: All transactions

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Oct 13, 2021 | Online Transfer to CHK ...3565 transaction#: 12787844386 10/13 | Account transfer | -$1,500.00 | $7.58 |
| | Online Transfer from CHK ...2693 transaction#: 12787839142 | Account transfer | $1,500.00 | $1,507.58 |
| Oct 1, 2021 | Online Transfer to CHK ...3565 transaction#: 12713605104 10/01 | Account transfer | -$400.00 | $7.58 |
| | CHECK # 8512 | Check | -$898.36 | $407.58 |
| | CBP Transfer to checking 1059 | Account transfer | $300.00 | $1,305.94 |
| | Online Transfer from CHK ...2693 transaction#: 12713587721 | Account transfer | $1,000.00 | $1,005.94 |
| Sep 29, 2021 | Online Transfer to CHK ...3565 transaction#: 12688684195 09/29 | Account transfer | -$500.00 | $5.94 |
| | Online Transfer from CHK ...2693 transaction#: 12688674059 | Account transfer | $500.00 | $505.94 |
| Sep 27, 2021 | Online Transfer to CHK ...3565 transaction#: 12674319402 09/27 | Account transfer | -$125.00 | $5.94 |
| | Online Transfer to CHK ...3565 transaction#: 12674197322 09/27 | Account transfer | -$300.00 | $130.94 |
| | Online Transfer from CHK ...2693 transaction#: 12674315329 | Account transfer | $125.00 | $430.94 |
| | Online Transfer from CHK ...2693 transaction#: 12674193549 | Account transfer | $300.00 | $305.94 |
| Sep 20, 2021 | Online Transfer to CHK ...3565 transaction#: 12627250692 09/20 | Account transfer | -$320.00 | $5.94 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

September 01, 2021 through September 30, 2021

Account Number: 1975

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00272428 DRE 802 210 27421 NNNNNNNNNNN 1 000000000 69 0000
SUBARU MOTORSPORTS
DBA MOTOR SPORTS ADVERTISING
27 MONTAUK HWY
WESTHAMPTON NY 11977

## CHECKING SUMMARY  Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $8.84 |
| Deposits and Additions | 4 | 6,930.00 |
| ATM & Debit Card Withdrawals | 1 | -28.25 |
| Electronic Withdrawals | 3 | -6,538.00 |
| Fees | 2 | -43.00 |
| Ending Balance | 10 | $329.59 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | Online Transfer From Chk ...2693 Transaction#: 12571579338 | $30.00 |
| 09/17 | Deposit    1989894236 | 3,000.00 |
| 09/20 | Cbp Transfer To Checking 4975 | 2,500.00 |
| 09/22 | Deposit    1989894298 | 1,400.00 |
| **Total Deposits and Additions** | | **$6,930.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | Card Purchase      09/18 Centro Trattoria Bar Hampton Bays NY Card 1714 | $28.25 |
| **Total ATM & Debit Card Withdrawals** | | **$28.25** |

## ATM & DEBIT CARD SUMMARY

**Douglas J Filardo  Card 1714**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $28.25 |
| Total Card Deposits & Credits | $0.00 |

**ATM & Debit Card Totals**

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $28.25 |
| Total Card Deposits & Credits | $0.00 |



September 01, 2021 through September 30, 2021

Account Number: 4975

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/20 | American Express ACH Pmt | PPD ID: 2005032111 | $5,000.00 |
| 09/22 | 09/22 Online Payment 12643967123 To Nordstrom Card Services | | 38.00 |
| 09/22 | | | 1,500.00 |
| 09/24 | American Express ACH Pmt | PPD ID: 2005032111 | |
| **Total Electronic Withdrawals** | | | **$6,538.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Chase ACH Payments Monthly Fee | $25.00 |
| 09/30 | Monthly Service Fee | 18.00 |
| **Total Fees** | | **$43.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $7,500 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/01 | -$16.16 |
| 09/13 | 13.84 |
| 09/17 | 3,013.84 |
| 09/20 | 485.59 |
| 09/22 | 1,847.59 |
| 09/24 | 347.59 |
| 09/30 | 329.59 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 3 |
| Deposited Items | 1 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $18.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$18.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$18.00** |



September 01, 2021 through September 30, 2021
Account Number: 1975

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank