EXHIBIT "D"

**CHASE** 

October 01, 2014 through October 31, 2014
Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | American Express ACH Pmt    PPD ID: 2005032111 | $15,891.50 |
| 10/10 | 10/10 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: 1/4 Pymt For Sept Mailer/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 1010B1Qgc06C001459 Trn: 3222300283Es | 2,400.00 |
| 10/14 | 10/11 Cbp Transfer To Checking 2693 | 3,000.00 |
| 10/14 | 10/14 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal Due 4400/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 1014B1Qgc01C003406 Trn: 4289300287Es | 2,000.00 |
| 10/21 | 10/21 Cbp Transfer To Checking 2693 | 5,000.00 |
| 10/27 | 10/27 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Pymt Sept Mailer/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 1027B1Qgc08C003927 Trn: 4005200300Es | 2,400.00 |
| 10/31 | 10/31 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Pymt Towards Sept Mailer./Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 1031B1Qgc06C001877 Trn: 3393900304Es | 2,000.00 |

**Total Electronic Withdrawals** $32,691.50



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | Wire Online Domestic Fee | $25.00 |
| 10/14 | Wire Online Domestic Fee | 25.00 |
| 10/27 | Wire Online Domestic Fee | 25.00 |
| 10/31 | Wire Online Domestic Fee | 25.00 |
| 10/31 | Cash Deposit Immediate | 7.50 |

**Total Fees & Other Withdrawals** $107.50

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 10/01 | $11,064.11 | 10/17 | 9,716.41 |
| 10/03 | 872.61 | 10/20 | 9,601.41 |
| 10/06 | 9,605.26 | 10/21 | 4,601.41 |
| 10/07 | 9,540.11 | 10/22 | 4,530.41 |
| 10/09 | 9,040.11 | 10/27 | 1,501.51 |
| 10/10 | 5,900.61 | 10/28 | 1,463.51 |
| 10/14 | 4,258.44 | 10/29 | 7,963.51 |
| 10/15 | 4,238.41 | 10/30 | 13,668.76 |
| 10/16 | 9,758.41 | 10/31 | 11,636.26 |



August 01, 2015 through August 31, 2015
Account Number:



|  |  |
|---|---:|
| Total Card Purchases | $511.75 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

|  |  |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $511.75 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/03 | 08/03 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal IN Full/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Ass Ociat 660 0 Taft St/Bnf/0000001002 Imad: 0803B1Qgc01C010772 Trn: 4893800215Es | $3,600.00 |
| 08/05 | 08/05 Online Transfer To Chk ...1059 Transaction#: 4796938236 | 250.00 |
| 08/05 | 08/05 Online Transfer To Chk ...2693 Transaction#: 4796939217 | 1,000.00 |
| 08/07 | American Express ACH Pmt PPD ID: 2005032111 | 10,995.62 |
| 08/11 | 08/11 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal Due./Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Associ At 660 0 Taft St/Bnf/0000001002 Imad: 0811B1Qgc07C002244 Trn: 3643600223Es | 460.00 |
| 08/14 | 08/14 Online Payment 4814834813 To Tjmaxx Mastercard | 250.00 |
| 08/14 | 08/14 Online Payment 4814849917 To Card Services | 250.00 |
| 08/14 | 08/14 Online Payment 4814860330 To Best Buy | 79.64 |
| 08/21 | 08/21 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref:/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Associat 660 0 Taft St/Bnf/0000001002 Imad: 0821B1Qgc04C001124 Trn: 3198500233Es | 2,000.00 |
| 08/31 | 08/31 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal Jul Mailer/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Associat 660 0 Taft St/Bnf/00000010 02 Imad: 0831B1Qgc08C009195 Trn: 4237200243Es | 2,630.00 |
| **Total Electronic Withdrawals** | | **$21,515.26** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/03 | Wire Online Domestic Fee | $25.00 |
| 08/11 | Wire Online Domestic Fee | 25.00 |
| 08/21 | Wire Online Domestic Fee | 25.00 |
| 08/31 | Wire Online Domestic Fee | 25.00 |
| **Total Fees & Other Withdrawals** | | **$100.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 08/03 | $11,351.60 | 08/11 | 1,840.16 | 08/21 | 1,166.76 |
| 08/05 | 10,101.60 | 08/14 | 1,260.52 | 08/24 | 1,065.40 |
| 08/06 | 13,401.60 | 08/17 | 1,218.27 | 08/26 | 1,016.40 |
| 08/07 | 2,405.98 | 08/19 | 1,191.76 | 08/31 | 441.25 |
| 08/10 | 2,325.16 | 08/20 | 3,191.76 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 17 |
| Deposits / Credits | 3 |
| Deposited Items | 3 |
| Transaction Total | 23 |

https://oneview.inmchase.net/OneView/stmtPrintSubmit...

**CHASE** ◯

September 01, 2015 through September 30, 2015
Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | American Express ACH Pmt    PPD ID: 2005032111 | $8,218.81 |
| 09/09 | 09/09 Online Payment 4867974148 To Tjmaxx Mastercard | 180.00 |
| 09/09 | 09/09 Online Payment 4867975969 To Tjmaxx Mastercard | 100.00 |
| 09/18 | 09/18 Online Payment 4886380956 To Tjmaxx Mastercard | 150.00 |
| 09/21 | 09/21 Cbp Transfer To Checking 2693 | 500.00 |
| 09/21 | 09/21 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal 2000/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Associ At 660 0 Taft St/Bnf/0000001002 Imad: 0921B1Qgc06C009189 Trn: 4854500264Es | 2,630.00 |
| 09/24 | 09/24 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal IN Full/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Ass Ociat 650 0 Taft St/Bnf/0000001002 Imad: 0924B1Qgc06C016961 Trn: 4425900267Es | 2,000.00 |
| 09/30 | 09/30 Cbp Transfer To Checking 2693 | 1,500.00 |
| | **Total Electronic Withdrawals** | **$15,278.81** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | Wire Online Domestic Fee | $25.00 |
| 09/24 | Wire Online Domestic Fee | 25.00 |
| | **Total Fees & Other Withdrawals** | **$50.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | $402.55 | 09/14 | 2,478.29 | 09/24 | 585.69 |
| 09/03 | 8,595.36 | 09/17 | 2,440.04 | 09/28 | 565.07 |
| 09/08 | 2,876.55 | 09/18 | 5,890.04 | 09/29 | 3,205.07 |
| 09/09 | 2,596.55 | 09/21 | 2,651.48 | 09/30 | 1,705.07 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 15 |
| Deposits / Credits | 4 |
| Deposited Items | 3 |
| **Transaction Total** | **22** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |


# CHASE

January 01, 2016 through January 29, 2016
Account Number:

|  |  |
|---|---|
| Total Card Deposits & Credits | $0.00 |
| **ATM & Debit Card Totals** | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $593.73 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | 01/05 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal 4000 Dec Mailer/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, Nati Onal Associat 660 0 Taft St/Bnf/000 0001002 Imad: 0105B1Qgc01C001799 Trn: 3689600005Es | $2,760.00 |
| 01/06 | American Express ACH Pmt    PPD ID: 2005032111 | 15,305.53 |
| 01/12 | 01/12 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Dec Bal Pd IN Full/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, Natio Nal Associat 660 0 Taft St/Bnf/0000 001002 Imad: 0112B1Qgc01C004388 Trn: 3527800012Es | 4,000.00 |
| 01/21 | 01/21 Online Payment 5144810612 To Tjmaxx Mastercard | 250.00 |
| **Total Electronic Withdrawals** | | **$22,315.53** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | Wire Online Domestic Fee | $25.00 |
| 01/12 | Wire Online Domestic Fee | 25.00 |
| **Total Fees & Other Withdrawals** | | **$50.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/05 | $16,775.49 |
| 01/06 | 1,469.96 |
| 01/07 | 1,463.96 |
| 01/08 | 1,461.46 |
| 01/11 | 1,145.61 |
| 01/12 | 533.70 |
| 01/21 | 533.70 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 3 |
| Deposited Items | 1 |
| **Transaction Total** | **17** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |





January 30, 2016 through February 29, 2016
Account Number:

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/16 | Card Purchase | 02/14 Page One Restaurant Cab Glen Cove NY Card 1238 | 320.81 |
| 02/18 | ATM Withdrawal | 02/18 195 Forest Ave Unit C Glen Cove NY Card 1238 | 200.00 |
| 02/29 | Card Purchase | 02/26 Roslyn Citgo Roslyn Height NY Card 1238 | 30.00 |
| 02/29 | Card Purchase | 02/27 Michael And Sons Pizzer Flushing NY Card 1238 | 66.75 |
| **Total ATM & Debit Card Withdrawals** | | | **$5,639.20** |

## ATM & DEBIT CARD SUMMARY

Douglas J Filardo  Card 1238

| | |
|---|---|
| Total ATM Withdrawals & Debits | $340.00 |
| Total Card Purchases | $5,299.20 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $340.00 |
| Total Card Purchases | $5,299.20 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | 02/01 Online Transfer To Chk 2693 Transaction#: 5167562689 | $3,500.00 |
| 02/02 | 02/02 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: On Account of January Mailer./Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Associat 660 0 Taft St/Bnf/0000001002 Imad: 0202B1Qgc06C006090 Trn: 3941700033Es | 4,000.00 |
| 02/08 | 02/08 Cbp Transfer To Checking 2693 | 1,000.00 |
| 02/16 | 02/15 Online Payment 5198559481 To Lord & Taylor | 300.00 |
| 02/17 | American Express ACH Pmt          PPD ID: 2005032111 | 12,563.02 |
| 02/23 | 02/23 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal Due 2200./Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National A Ssociat 660 0 Taft St/Bnf/000000100 2 Imad: 0223B1Qgc08C004366 Trn: 3583600054Es | 3,000.00 |
| 02/24 | 02/24 Online Payment 5216753946 To Tjmaxx Mastercard | 200.00 |
| 02/29 | 02/29 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal IN Full/Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Ass Ociat 660 0 Taft St/Bnf/0000001002 Imad: 0229B1Qgc04C002744 Trn: 4155900060Es | 2,250.00 |
| **Total Electronic Withdrawals** | | **$26,813.02** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | Wire Online Domestic Fee | $25.00 |
| 02/23 | Wire Online Domestic Fee | 25.00 |
| 02/29 | Wire Online Domestic Fee | 25.00 |
| 02/29 | Cash Deposit Immediate | 20.55 |
| **Total Fees & Other Withdrawals** | | **$95.55** |



December 31, 2016 through January 31, 2017
Account Number:

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | Deposit | $8,000.00 |
| 01/09 | Deposit | 7,900.00 |
| 01/30 | Deposit | 3,500.00 |
| **Total Deposits and Additions** | | **$19,400.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/09 | Card Purchase | 01/07 Michael And Sons Pizzer Flushing NY Card 3529 | $64.50 |
| 01/11 | Card Purchase | 01/09 Star Subaru 718-4230500 NY Card 3529 | 3,386.46 |
| 01/30 | Card Purchase | 01/28 Page One Restaurant Cab Glen Cove NY Card 3529 | 122.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$3,572.96** |

## ATM & DEBIT CARD SUMMARY

Douglas J Filardo Card 3529

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,572.96 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,572.96 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/09 | 01/07 Online Transfer To Chk 2693 Transaction#: 5921710171 | $1,000.00 |
| 01/09 | American Express ACH Pmt PPD ID: 2005032111 | 6,851.00 |
| 01/10 | Southampton Tax Web Pmt 2877375 Web ID: 1160019380 | 2,081.59 |
| 01/17 | 01/17 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal 5800./Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, National Assoc Iat 660 0 Taft St/Bnf/0000001002/Ti ME/09:07 Imad: 0117B1Qgc01C006967 Trn: 4868500017Es | 2,000.00 |
| 01/30 | 01/30 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Final Balance 1900./Acc/Org CR Pty Aba/063107513 Wellsfargo Bank, Nati Onal Associat 660 0 Taft St/Bnf/000 0001002/Time/08:54 Imad: 0130B1Qgc08C007315 Trn: 3973300030Es | 2,000.00 |
| **Total Electronic Withdrawals** | | **$13,932.59** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | Online Domestic Wire Fee | $25.00 |
| 01/30 | Online Domestic Wire Fee | 25.00 |
| 01/31 | Cash Deposit Immediate | 22.50 |
| 01/31 | Monthly Service Fee | 18.00 |
| **Total Fees** | | **$90.50** |

**CHASE**

March 01, 2014 through March 31, 2014
Account Number:

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11 | 03/11 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal of Chinese Mailer/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 0311B1Qgc01C000631 Trn: 3156800070Es | 2,400.00 |
| 03/21 | 03/21 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Partial Pymt/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 0321B1Qgc08C018982 Trn: 4412400080Es | 2,400.00 |
| 03/27 | 03/27 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: Bal/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/0000001002 Imad: 0327B1Qgc02C005367 Trn: 4291600086Es | 2,400.00 |

**Total Electronic Withdrawals** $20,442.45



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | Wire Online Domestic Fee | $25.00 |
| 03/11 | Wire Online Domestic Fee | 25.00 |
| 03/21 | Wire Online Domestic Fee | 25.00 |
| 03/27 | Wire Online Domestic Fee | 25.00 |
| 03/31 | Cash Deposit Immediate | 14.75 |

**Total Fees & Other Withdrawals** $114.75

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 03/03 | $1,174.35 | 03/17 | 5,496.28 |
| 03/04 | 9,924.44 | 03/18 | 5,428.52 |
| 03/06 | 7,499.44 | 03/20 | 11,428.52 |
| 03/07 | 4,991.30 | 03/21 | 9,003.52 |
| 03/10 | 2,934.47 | 03/24 | 8,646.52 |
| 03/11 | 509.47 | 03/27 | 6,191.49 |
| 03/13 | 5,909.47 | 03/31 | 5,995.67 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 26 |
| Deposits / Credits | 4 |
| Deposited Items | 2 |
| **Transaction Total** | 32 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | $0.00 |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | $0.00 |



March 01, 2014 through March 31, 2014
Account Number:

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/17 | ATM Withdrawal | 03/15 1345 Old Northern Blvd Roslyn NY Card 1238 | 300.00 |
| 03/17 | Card Purchase | 03/15 Michael And Sons Pizzer Flushing NY Card 1238 | 56.70 |
| 03/18 | Card Purchase | 03/16 90 Glen Cove Rd East Hl East Hills NY Card 1238 | 67.76 |
| 03/24 | Card Purchase | 03/21 Nycdot Parking Meters Long Is City NY Card 1238 | 2.00 |
| 03/24 | Card Purchase | 03/21 Exxonmobil 97466114 Bayside NY Card 1238 | 30.00 |
| 03/24 | Card Purchase | 03/22 Star Subaru Bayside NY Card 1238 | 200.00 |
| 03/24 | Card Purchase | 03/22 Michael And Sons Pizzer Flushing NY Card 1238 | 54.00 |
| 03/24 | Card Purchase With Pin | 03/22 Rite Aid Corp. Glen Cove NY Card 1238 | 71.00 |
| 03/27 | Card Purchase With Pin | 03/27 Westhampton Bch Vale Westhampton B NY Card 1238 | 30.03 |
| 03/31 | Card Purchase | 03/27 Mill Creek Tavern Bayville NY Card 1238 | 99.77 |
| 03/31 | Card Purchase With Pin | 03/29 Sunoco 0014318006 Glen Cove NY Card 1238 | 35.00 |
| 03/31 | Card Purchase With Pin | 03/30 Sunoco 0014318006 Glen Cove NY Card 1238 | 46.30 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,372.97** |

## ATM & DEBIT CARD SUMMARY

Douglas J Filardo  Card 1238

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $300.00 |
| | Total Card Purchases | $1,072.97 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $300.00 |
| | Total Card Purchases | $1,072.97 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | 03/03 Online Transfer To Chk ...2693 Transaction#: 3785590596 | $1,500.00 |
| 03/06 | 03/06 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: NV Production Sarasota FL 34236 US Ref: On Account of March Asian Mailer. Bal 2400,/Acc/Org CR Pty Recd Aba/063107513 Wells Fargo Bank, National Associ At 6600 Taft St/Bnf/000Imad: 0306B1Qgc04C002629 Trn: 3543000065Es | 2,400.00 |
| 03/07 | 03/07 Cbp Transfer To Checking 2693 | 2,500.00 |
| 03/10 | American Express ACH Pmt    PPD ID: 2005032111 | 6,842.45 |