# EXHIBIT “E”



Item Type:P

Processing Date:

#:31

DOUGLAS J. FILARDO 04-08
44 S 4TH ST.
LOCUST VALLEY, NY 11560-2105

366

1-2/210 140
785252693

DATE 10/18/14

BAYSIDE
OCT 21 2014
45105

PAY TO THE ORDER OF Star Subaru $ 5,000.-

Five Thousand Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO C00 85-320

⑆021000021⑆

Posting Date:20141022

Sequence Number:3

Amount:$5,000.00

Account

Routing Transit Num

Check/Serial Number:000000000366

Bank Number:802

IRD Indicator:0

BOFD:000000000

Capture Source:PV

Entry Number

9

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:1

Trancode:000366

DB/CR:DB

Item Type:P

Processing Date:

#:32

>221272031<
Investors Bank #451
2014-10-21
0451817757

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Posting Date:20141121

Sequence Numb

Amount:$1,000.00

Account

Routing Transit Numb

Check/Serial Number:000000000369

Bank Number:802



Posting Date:20140923

Sequence Numbe

Amount:$3,000.00

Account

Routing Transit Number

Check/Serial Number .

Bank Number:802

IRD Indicator:0

BOFD:000000000

Capture Source:PV

Entry Number:0000001494

UDK:

Cost Center:

Teller Number:

Teller Sequence Number:

Missing Image:5

PE Indicator:N

Application Code:1

Trancode:000362

DB/CR:DB

Item Type:P

Processing Date:

#:29

Posting Date:

Sequence Number

Amount:$4,100.00

Account

Routing Transit Number

Check/Serial Number

Bank Number:802

IRD Indicator:0

BOFD:000000000



DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

1-2/210 140

479

DATE 6/15/14

PAY TO THE ORDER OF Thomas Seminuk $ 450—

Four Hundred Fifty 00/xx DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO 27 montauk (law)

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Sequence Numbe
Amount:$450.00
Accour
Routing Transit Number
Check/Serial Number: 79
Bank Number:802
IRD Indicator:0
BOFD
Capture Source:BY
Entry Number
UDK: )70481551
Cost Center:3912
Teller Number:4
Teller Sequence Number:209
Missing Image:5
PE Indicator:P
Application Code:1
Trancode:000479
DB/CR:DB
Item Type:P
Processing Date:20140613
#:20

DOUGLAS J. FILARDO 04-08
44 S 4TH ST.
LOCUST VALLEY, NY 11560-2105

BAYSIDE
SEP 30 2014

1-2/210 140
765252693

363

DATE 9/27/14

PAY TO THE ORDER OF STAR SUBARU 45104 $ 2,000.00

Two Thousand Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO

Posting Date:20141001
Sequence Number:
Amount:$2,000.00
Accour
Routing Transit Number
Check/Serial Number:000000000363
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number
UDK
Cost Center:
Teller Number:
Teller Sequence Number:



>221272031<
Investors Bank #451
2014-09-30
0451297504

ENDORSE HERE
PAY TO THE ORDER OF
MARATHON BANK OF NEW YORK
BAYSIDE, NY 11361-2863
FOR DEPOSIT ONLY
STAR AUTO SALES OF QUEENS, LLC
DBA STAR MAZDA
DBA STAR SUBARU

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000363
DB/CR:DB
Item Type:P
Processing Date:
#:21

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

490

BAYSIDE
JUL 31 2014

DATE 7/25/14

PAY TO THE ORDER OF Star Subaru 45105 $ 1500 —

One Thousand Five Hundred DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Impress

>221272031<
Investors Bank #451
2014-07-31
0451700003

ENDORSE HERE
PAY TO THE ORDER OF
STAR AUTO SALES OF QUEENS, LLC
DBA STAR MAZDA
DBA STAR SUBARU

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Posting Date:20140801
Sequence Number: 0
Amount:$1,500.00
Account:
Routing Transit Number:
Check/Serial Number:
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK 410
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000490
DB/CR:DB
Item Type:P
Processing Date:
#:22



DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

1-2/210 140

461

BAYSIDE MAR 07 2014

DATE March 7th 2014

PAY TO THE ORDER OF Star Sugar $ 2400.00

Two Thousand Four Hundred 00 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO S14-6941

Check/Serial Number:000000000461
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK 7460
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000461
DB/CR:DB
Item Type:P
Processing Date:
#:14

ENDORSE
PAY TO THE ORDER OF
MARATHON BANK NEW YORK
... SALES ... LLC
... THIS LINE

BAYSIDE

DOUGLAS J. FILARDO 04-08
44 S 4TH ST.
LOCUST VALLEY, NY 11560-2105

AUG 11 2014

1-2/210 140

246

45106

DATE Aug 10th 2014

PAY TO THE ORDER OF Star Sugar $ 1655

One Thousand Six Hundred Fifty Five DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO Hua Liang S15-221

Posting Date:20140812
Sequence Number:4790037902
Amount:$1,655.00
Accoun
Routing Transit Number
Check/Serial Number:000000000246
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:0000001531
UDK 02
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000246

IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:0000001468
UDK:
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000488
DB/CR:DB
Item Type:P
Processing Date:
#:11

Posting Date:20140108
Sequence Number
Amount:$1,000.00
Accoun
Routing Transit Number
Check/Serial Number: 496
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:0000000862
UDK 10
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000496
DB/CR:DB

Capture Source:IV
Entry Numbe.
UDK:802141222107770088235
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:008139
DB/CR:DB
Item Type:P
Processing Date:
#:8



Posting Date:20140804
Sequence Number
Amount:$1,400.00
Account
Routing Transit Number:
Check/Serial Number
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK: J9
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000244

Page 7 of 37



Page 3 of 37

**Check 1:**

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

476
1-2/210 140
DATE 6/7/2014

PAY TO THE ORDER OF Village of Westhampton Beach   $ 425.00
Four Hundred Twenty Five DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO WHB pass

Signature: D. Filardo

549237038049 105635   20140609 000000...2693
TRN_DEBIT   ALESEXCM   42500
Westhampton Beach 0492   94004 5492 7...

PAY TO THE ORDER OF COMMERCE BANK FOR DEPOSIT ONLY INC VILLAGE OF WESTHAMPTON BEACH ACCOUNTS PAYABLE

| Field | Value |
|---|---|
| Posting Date | 20140609 |
| Sequence Number | 4 |
| Amount | $425.00 |
| Account | -- |
| Routing Transit Number | |
| Check/Serial Number | 000000000476 |
| Bank Number | 802 |
| IRD Indicator | 0 |
| BOFD | 000000000 |
| Capture Source | PV |
| Entry Number | 0000005043 |
| UDK | ...8547 |
| Cost Center | |
| Teller Number | |
| Teller Sequence Number | |
| Missing Image | 5 |
| PE Indicator | N |
| Application Code | 1 |
| Trancode | 000476 |
| DB/CR | DB |
| Item Type | P |
| Processing Date | |
| # | 4 |

**Check 2:**



DOUGLAS J FILARDO
27 MONTAUK HWY
WESTHAMPTON, NY 11977-1211

8138
1-2/210
DATE 12/19/14

PAY TO THE ORDER OF STAR SUBARU   $ 2,000 —
Two Thousand Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Chavez 515.542?

Signature: D. Filardo

BAYSIDE DEC 22 2014 A5106

| Field | Value |
|---|---|
| Posting Date | 20141223 |
| Sequence Number | |
| Amount | $2,000.00 |
| Account | |
| Routing Transit Number | |
| Check/Serial Number | ...38 |
| Bank Number | 802 |
| IRD Indicator | 0 |
| BOFD | 000000000 |
| Capture Source | PV |
| Entry Number | 0000001390 |



Capture Source:PV
Entry Number:0000001490
UDK
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000402
DB/CR:DB
Item Type:P
Processing Date:
#:8

Posting Date:20131021
Sequence Number
Amount:$5,000.00
Account
Routing Transit Numb
Check/Serial Number:
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK:
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000000
DB/CR:DB

DOUGLAS J. FILARDO 04-08
44 S 4TH ST.
LOCUST VALLEY, NY 11560-2105

836

BAYSIDE
MAY 28 2013
45105

DATE May 25 2013

PAY TO THE ORDER OF Star Subaru $ 1600 00/100

One thousand Six Hundred DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

FOR [illegible]

PAY TO THE ORDER OF
FOR DEPOSIT ONLY
STAR AUTO SALES OF QUEENS, LLC
DBA STAR SUBARU
1000321432

Posting Date:[illegible]
Sequence Number:
Amount:[illegible]
Account:[illegible]
Routing Transit Number
Check/Serial Number:000000000836
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:0000001414
UDK:802130529006080872770
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000000
DB/CR:DB
Item Type:P
Processing Date:
#:7

Posting Date:20131231
Sequence Number:6080723425
Amount:$5,000.00
Account:7
Routing Transit Number
Check/Serial Number:000000000402
Bank Number:802
IRD Indicator:0
BOFD:000000000



PAY TO THE ORDER OF
CITIBANK, N.A.
BAYPORT, NY 11705-1608
▶021000089◀
FOR DEPOSIT ONLY
FLEET APPLIANCE CORP.
9990577757

Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:
DB/CR:DB
Item Type:P
Processing Date:
#:2

DOUGLAS J FILARDO
27 MONTAUK HWY
WESTHAMPTON, NY 11977-1211

2882
1-2/210

BAYSIDE
NOV 04 2013

DATE 11/2/13

PAY TO THE ORDER OF Star Subaru 45105 $ 400 00/xx

Four Hundred Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

514-318
MEMO Richard Zimmerman

ENDORSE HERE
PAY TO THE ORDER OF
MARATHON BANK OF NEW YORK
BAYSIDE, NY
FOR DEPOSIT ONLY
STAR AUTO SALES OF QUEENS, LLC
DBA STAR MAZDA
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Posting Date:
Sequence Number:
Amount:$400.00
Account:
Routing Transit Numbe
Check/Serial Number:
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:002882
DB/CR:DB
Item Type:P
Processing Date:
#:3

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

1-2/210 140

661

DATE 12/8/16

PAY TO THE ORDER OF STAR SUBARU $ 3400 —

Three Thousand Four Hundred DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO S17-412

Check/Serial Number:000000000661
Bank Number:802
IRD Indicator:0
BOFD:
Capture Source:IV
Entry Number:0000000913
UDK: 23
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000661
DB/CR:DB
Item Type:P
Processing Date:
#:53

ENDORSE HERE
PAY TO THE ORDER OF INVESTORS BANK BAYSIDE, NY 11361-2865
FOR DEPOSIT ONLY
STAR AUTO SALES OF QUEENS LLC
DBA STAR MAZDA
DBA STAR SUBARU
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
>221272031<
Investors Bank #418
2016-12-07
0418783973
Batch 92678720

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

1-2/210 140

595

DATE 3/25/16

PAY TO THE ORDER OF STAR SUBARU $2707 00

Two Thousand Seven Hundred Seven 00 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

18143

MEMO S16 663

Posting Date:
Sequence Number
Amount:$2,707.00
Account
Routing Transit Number
Check/Serial Number:000000000595
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:0
UDK:80
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000595

For Deposit Only
14 01 00 962485 12282015 PEG CITIBANK N.A.
28003581200790 016 8200 Des MoinesIA
122815 962485 QUEFIA0 >122401710<

DB/CR:DB
Item Type:P
Processing Date:
#:55

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

BAYSIDE
APR 17 2015
48104

565
DATE 4/15/15

PAY TO THE ORDER OF STAR SUBARU $ 4400 63
Four Thousand Four Hundred & 63/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO U19542

Posting Date:20150420
Sequence Number:
Amount:$4,400.63
Account:
Routing Transit Number:
Check/Serial Number: 000565
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK:802 52
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:
DB/CR:DB
Item Type:P
Processing Date:
#:56

>221272031<
Investors Bank #451
2015-04-17
0451633267

ENDORSE HERE
PAY TO THE ORDER OF
MARATHON BANK OF NEW YORK
BAYSIDE, NY
FOR DEPOSIT ONLY
STAR AUTO SALES OF QUEENS, LLC
DBA STAR MAZDA
DBA STAR

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1000024032

Security features listed below, as well as those not listed, exceed industry guidelines.
Results of document alteration:
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Posting Date:20151029
Sequence Number:2670342161
Amount:$143.00

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

1-2/210 140

454

DATE 11/8/15

PAY TO THE ORDER OF STAR SUBARU $ 5,000—

Five Thousand Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO SK-161

0454

Posting Date:20151116
Sequence Number:
Amount:$5,000.00
Account:
Routing Transit Number:
Check/Serial Number 4
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:
UDK: 04
Cost Center:
Teller Number:
Teller Sequence Number:
Missing Image:5
PE Indicator:N
Application Code:1
Trancode:000454

https://oneview.jpmchase.net/...

DOUGLAS J. FILARDO
27 MONTAUK HWY. 718-819-0100
WESTHAMPTON, NY 11977-1211

1-2/210 140

598

DATE 4/5/16

PAY TO THE ORDER OF STAR SUBARU $ 4,000 -

Four Thousand Dollars DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

18493

MEMO SY6-637

598

Posting Date:20160406
Sequence Number:
Amount:$4,000.00
Account:
Routing Transit Number:
Check/Serial Number:0
Bank Number:802
IRD Indicator:0
BOFD:000000000
Capture Source:PV
Entry Number:0 26