UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                    Chapter 13
                                          Case No. 8-21-71691-reg
    Douglas J. Filardo,

                    Debtor.               **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF SUFFOLK      )

Misty McManus, being duly sworn, says:

On November 17, 2021, I served a true copy of the **Motion to Object/Reclassify/Reduce/Expunge Claims: Claim Number(s): 8-1 [Dkt No 25]** on the following entities by mailing a true copy of same in a postage-paid envelope and marked with the name and address of each entity to be served, and depositing same in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of each of the addressees indicated on the attached:

*See Attached Service List*

Sworn to before me this
17th day of October, 2021

                                                           */s/Misty McManus*
                                                         Misty McManus

*/s/Ronald D. Weiss*
Ronald D. Weiss
Notary Public, State of New York
NO. 02WE5041400
Qualified in Suffolk County
Commission Expires 4/3/23