**OFFICE OF THE UNITED STATES TRUSTEE**
**560 Federal Plaza**
**Central Islip, N. Y. 11722**

**MICHAEL J. MACCO, CHAPTER 13 TRUSTEE**
**2950 Express Drive South**
**Suite 109**
**Islandia, NY 11749**

**STAR AUTO SALES OF QUEENS, LLC**
**d/b/a STAR SUBARU**
**c/o**
**BERGER, FISCHOFF, SHUMER**
**WEXLER & GOODMAN, LLP**
**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
**Attention: Gary C. Fischoff, Esq.**

**STAR AUTO SALES OF QUEENS, LLC**
**d/b/a STAR SUBARU**
**c/o**
**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Avenue**
**Suite 3W8**
**Lake Success, NY 11042**
**Attention: Joseph M. Labuda, Esq.**

**STAR AUTO SALES OF QUEENS, LLC**
**d/b/a STAR SUBARU**
**c/o**
**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Avenue**
**Suite 3W8**
**Lake Success, NY 11042**
**Attention: Jamie S. Felsen, Esq.**