UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                   Chapter 13
                                         Case No.  8-21-71691-reg
    Douglas J. Filardo,

                      Debtor.        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF SUFFOLK   )

    Misty McManus, being duly sworn, says:

    On November 17, 2021, I served a true copy of the **Motion to Object/Reclassify/Reduce/Expunge Claims: Claim Number(s): 8-1 [Dkt No 25]** on the following entities by mailing a true copy of same in a postage-paid envelope and marked with the name and address of each entity to be served, and depositing same in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of each of the addressees indicated on the attached:

*See Attached Service List*


Sworn to before me this
17th day of November, 2021

                                                       */s/Misty McManus*_____
                                                       Misty McManus

*/s/Ronald D. Weiss*
Ronald D. Weiss
Notary Public, State of New York
NO. 02WE5041400
Qualified in Suffolk County
Commission Expires 4/3/23