# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*

15 Cornell Road, Latham, NY 12110
(518) 786-9069     Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

November 17, 2021

Hon. Robert E. Grossman
United States Bankruptcy Court
Alfonse M. D`Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

  Re: Douglas J Filardo
     Case No. 21-71691-reg (Chapter 13)

Dear Judge Grossman:

On behalf of our client, Ford Motor Credit Company LLC as agent for Cab East LLC, a Objection to Confirmation was filed and is returnable on November 18, 2021.

This letter is to inform you that this matter has been settled by Stipulation. Our office will forward the proposed Stipulation to the Court under separate cover immediately following the filing of this letter.

I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact our office.

          Respectfully,
          Schiller, Knapp, Lefkowitz & Hertzel, LLP

          */s/ Martin A. Mooney*

          Martin A. Mooney, Esq.

MAM/ks

cc: Ronald D. Weiss, Esq.
   Michael J. Macco, Esq.

Vermont Office: PO Box 872, 5527 Main Street, Waitsfield, VT 05673 (802) 225-8351
Pennsylvania Office: 525 West Chester Pike, Suite 200, Havertown, PA 19083
New Jersey Office: 716 Newman Springs Road, Lincroft, NJ 07738 (518) 786-9069
*Richard A. Gerbino, Esq. is the responsible attorney for the law firm`s NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York