UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:                                               Chapter 13

DOUGLAS J. FILARDO                                   Case No: 21-71691

          Debtor

---------------------------------------------------------------X

## NOTICE OF CROSS MOTION

PLEASE TAKE NOTICE that A hearing on the annexed Cross Motion of Star Auto Sales of Queens, LLC by their attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP and Milman Labuda Law Group, PLLC for an Order (i) dismissing the case pursuant to 11 U.S.C. §109(e); or (ii) in the alternative, modifying the stay solely to allow the State Court inquest to proceed, as more fully set forth in the Cross-Motion, will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the united States Bankruptcy Court for the Eastern District of New York, Courtroom, 860, 290 Federal Plaza, Central Islip, New York on January 6, 2022 at 9:30 a.m.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "Objections") to the Motion must be in writing, confirm to the Bankruptcy Rules and the Local Rules, be filed with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: December 10, 2021
      Syosset, New York

 

BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP
*Attorneys for Star Auto Sales of Queens, LLC*
6901 Jericho Turnpike, Suite 230
Syoseet, New York 11791
(516) 747-1136
gfischoff@bfslawfirm.com


MILMAN LABUDA LAW GROUP, PLLC
*Attorneys for Star Auto Sales of Queens, LLC*
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899
jamie@mllaborlaw.com