## PERSONNEL

FILARDO, DOUGLAS
44 SOUTH FOURTH ST
LOCUST VALLEY, NY 11560

| | |
|---|---|
| File: | 000053 |
| Dept: | 100 |
| Clock: | XN60B |
| SSN: | XXX-XX-6084 |

Status: ACTIVE
Sex: M

**Dates**
Hire: 03/01/2006  Birth: 04/18/1951
Date 4: 08/21/2006

## PAY

| | | |
|---|---|---|
| Gross: | 1,000.00 | |
| Salary: | 1000.00 | |
| | Weekly | |
| Rate Calc: | 3 | |
| LWW: 52 | NWW: 385 | |
| Paid 12th of Month: 1,2,3 | | |
| Prior Qtr Month 3 | | |

## TAX STATUS

Marital Status: S-SINGLE
Federal:
00 Exemptions
01 NY
19 NY SUI/DI
3305 Local
NY METRO - M

MC

## SCHEDULED AMOUNTS

Calc Factors
015.0000   88  401K%

Direct Deposits
Acct 1: XXXXX5844   Code  C
Tran/ABA: XXXXXXXX X   Full Deposit

## ACCUMULATIONS TO DATE

| | | |
|---|---|---|
| 181,424.75 | Y Gross | 54,207.76 Q Gross |
| 15,353.72 | Y FIT | 5,763.53 Q FIT |
| 6,621.80 | Y SS | 0.00 Q SS |
| 2,815.20 | Y MED | 785.24 Q MED |
| 4,877.59 | Y State 1 | 1,843.32 Q State 1 |
| 51.20 | Y SUI/DI | 6.40 Q SUI/DI |
| 180,358.35 | Y NYMCT TXB | 54,154.44 Q NYMCT TXB |
| 613.16 | Y NYMCT TAX | 184.16 Q NYMCT TAX |
| 22,000.00 | Y 401K | 2,917.44 Q 401K |
| 578.41 | Ac 05 MISC | 53.32 Ac 16 AFLAC |
| 1,066.40 | Ac 17 AFLAC | 90,819.29 Ac 18 NEW Y |
| 181,424.75 | Ac 20 ELIGI | 600.00 Ac 30 YTD S |
| 2,000.00 | Ac 33 VACAT | |

**STAR AUTO SALES**
Company Code: JDJ

Batch: 1168-040   Period Ending: 12/24/2010   Week: 52
Service Center: 040   Pay Date: 12/30/2010   Page: 5

ADP® Master Control

# STAR AUTO SALES — Master Control

**PERSONNEL**
FILARDO, DOUGLAS
44 SOUTH FOURTH ST
LOCUST VALLEY, NY 11560

| | | |
|---|---|---|
| File: | 000053 | Status: ACTIVE |
| Dept: | 100 | Sex: M |
| Clock: | XN50B | |
| SSN: | XXX-XX-6084 | |

**Dates**
Hire: 03/01/2006  Birth: 04/18/1951
Date 4: 08/21/2006

**PAY**
Gross: 1,000.00
Salary: 1000.00 Weekly
Rate Calc: 3
LWW: 52  NWW: 385
Paid 12th of Month: 1,2,3
Prior Ctr Month 3

**TAX STATUS**
Marital Status: S-SINGLE
Federal:
00 Exemptions
01: NY
19: NY SUI/DI
3305 Local
NY METRO - M

**SCHEDULED AMOUNTS**
— Calc Factors —
I-MED 190.00
015.0000  88  401K%

— Direct Deposits —
Acct 1: XXXXX5644  Code C
Tran/ABA: XXXXXXXX X  Full Deposit

**ACCUMULATIONS TO DATE**

| | | |
|---|---|---|
| 162,394.69 Y Gross | 27,901.25 Q Gross |
| 15,342.01 Y FIT | 2,669.36 Q FIT |
| 4,485.80 Y SS | 0.00 Q SS |
| 2,353.09 Y MED | 388.75 Q MED |
| 3,931.65 Y State 1 | 714.54 Q State 1 |
| 31.20 Y SUI/DI | 7.80 Q SUI/DI |
| 157,454.69 Y NYMCT TXB | 25,431.25 Q NYMCT TXB |
| 535.38 Y NYMCT TAX | 86.43 Q NYMCT TAX |
| 22,000.00 Y 401K | 1,826.02 Q 401K |
| 2,470.00 Ac 02 MEDIC | 200.00 Ac 03 LOAN |
| 4,940.00 Ac 09 MEDIC | 4,940.00 Ac 10 POP E |
| 4,940.00 Ac 11 HEALT | 21,000.00 Ac 15 LOAN |
| 90,819.29 Ac 18 NEW Y | 162,394.69 Ac 20 ELIG |
| 400.00 Ac 30 YTD S | 1,000.00 Ac 33 VACAT |

STAR AUTO SALES
Company Code: JDJ
Batch: 0390-040  Period Ending: 12/23/2011  Week: 52
Service Center: 040  Pay Date: 12/30/2011  Page: 5

ADP Master Control

## PERSONNEL
FILARDO, DOUGLAS
27 MONTAUK HWY
WEST HAMPTON, NY 11977

| | |
|---|---|
| File: | 0000053 |
| Dept: | 100 |
| Clock: | XN50B |
| SSN: | XXX-XX-6084 |
| Status: | ACTIVE |
| Sex: | M |

**Dates**
Hire: 03/01/2006
Date 4: 08/21/2006
Birth: 04/18/1951

## PAY
| | |
|---|---|
| Gross: | 1,025.00 |
| Salary: | 1000.00 |
| | Weekly |
| Rate Calc: | 3 |
| LWW: 52 | NWW: 330 |
| Paid 12th of Month: | 1,2,3 |
| Prior Qtr Month 3 | |

## TAX STATUS
Marital Status: S-SINGLE
Federal:
00 Exemptions
01 NY
19 NY SUI/DI
3305 Local
NY METRO - M

## SCHEDULED AMOUNTS
190.00  I MED
— Calc Factors —
015.0000  88  401K%
— Goal Deductions —
#1  395.00  R K-LOAN
Limit: 20540.00  To Date: 11455.00
— Direct Deposits —
Acct 1: XXXXX5644  Code C
Tran/ABA: XXXXXXXX X  Full Deposit

## ACCUMULATIONS TO DATE
| | | |
|---|---|---|
| 137,587.84 | Y Gross | Q Gross |
| 11,413.56 | Y FIT | Q FIT |
| 4,624.20 | Y SS | Q SS |
| 1,851.76 | Y MED | Q MED |
| 2,535.61 | Y State 1 | Q State 1 |
| 31.20 | Y SUI/DI | Q SUI/DI |
| 127,707.84 | Y NYMCT TXB | Q NYMCT TXB |
| 98.61 | Y NYMCT TAX | Q NYMCT TAX |
| 20,638.16 | Y 401K | Q 401K |
| 2,470.00 Ac | 02 MEDIC | |
| 9,880.00 Ac | 10 POP E | |
| 11,455.00 Ac | 15 LOAN | |
| 1,020.00 Ac | 33 VACAT | |
| 34,539.62 | | Q Gross |
| 3,057.26 | | Q FIT |
| 607.39 | | Q SS |
| 465.01 | | Q MED |
| 828.57 | | Q State 1 |
| 7.80 | | Q SUI/DI |
| 32,083.62 | | Q NYMCT TXB |
| 0.00 | | Q NYMCT TAX |
| 5,180.95 | | Q 401K |
| 9,880.00 Ac | 09 MEDIC | |
| 9,880.00 Ac | 11 HEALT | |
| 137,587.84 Ac | 20 ELIGI | |

MC

STAR AUTO SALES
Company Code: JDJ

Batch: 8289-040  Period Ending: 12/21/2012  Week: 52
Service Center: 040  Pay Date: 12/28/2012  Page: 6

ADP Master Control

FILARDO,DOUGLAS
27 MONTAUK HWY
WEST HAMPTON, NY 11977

File: 000053   Status: ACTIVE

| | | | |
|---|---|---|---|
| Gross: | 1,025.00 | Marital Status: S-SINGLE | 229.00  I MED |
| Salary: | 1000.00 | Federal: | Calc Factors |
| | Weekly | 00 Exemptions | 015.0000  88  401K% |
| Rate Calc: | 3 | 01 NY | Goal Deductions |
| LWW: 52 | NWW: 278 | 19 NY SUI/DI | #1  197.48  R K-LOAN |

| | |
|---|---|
| 40,514.18 Q Gross | 167,539.66 Y Gross |
| 4,454.07 Q FIT | 15,460.68 Y FIT |
| 0.00 Q SS | 7,049.40 Y SS |
| 544.29 Q MED | 2,258.92 Y MED |
| 1,020.84 Q State 1 | 4,425.41 Y State 1 |

STAR AUTO SALES
Company Code: JDJ

Batch: 6747-040   Period Ending: 12/20/2013   Week: 52
Service Center: 040   Pay Date: 12/27/2013   Page: 6

ADP Master Control

PERSONNEL
FILARDO, DOUGLAS
File: 000053
(continued)
Dept: 100
Clock: XN50B
SSN: XXX-XX-6084
Dates
Hire: 03/01/2006
Date 4: 08/21/2006

Sex: M
Birth: 04/18/1951

MC

## PAY

Paid 12th of Month: 1,2,3
Prior Qtr Month 3

## TAX STATUS

3305 Local
NY METRO - M

## SCHEDULED AMOUNTS

Limit: 32584.20 To Date: 3159.68
— Direct Deposits —
Acct 1: XXXXX5644  Code C
Tran/ABA: XXXXXXXX X  Full Deposit

## ACCUMULATIONS TO DATE

| | |
|---|---|
| 31.20 Y SUI/DI | 7.80 Q SUI/DI |
| 155,787.66 Y NYMCT TXB | 37,537.18 Q NYMCT TXB |
| 126.53 Y NYMCT TAX | 41.33 Q NYMCT TAX |
| 23,000.00 Y 401K | 3,946.20 Ac 09 MEDIC |
| 2,977.00 Ac 02 MEDIC | 11,752.00 Ac 11 HEALT |
| 11,752.00 Ac 10 POP E | 167,539.66 Ac 20 ELIGI |
| 12,244.68 Ac 15 LOAN | |
| 1,000.00 Ac 33 VACAT | |

STAR AUTO SALES
Company Code: JDJ

Batch: 6747-040  Period Ending: 12/20/2013  Week 52
Service Center: 040  Pay Date: 12/27/2013  Page 7

Master Control

ADP® Automatic Data Processing, Inc.

| PERSONNEL | PAY | | TAX STATUS | ACCUMULATIONS TO DATE | |
|---|---|---|---|---|---|
| FILARDO, DOUGLAS | Gross: | 1,025.00 | Marital Status: M-MARRIED | 181,452.88 Y Gross | 9,680.16 Y FIT |
| 27 MONTAUK HWY | Salary: | 1000.00 | Federal: | 7,347.00 Y SS | 2,355.94 Y MED |
| WEST HAMPTON, NY 11977 | | Weekly | 00 Exemptions | 4,816.40 Y State 1 | 31.20 Y SUI/DI |
| | Rate Calc: | 3 | 01 NY | 162,478.88 Y NYMCT TXB | 323.68 Y NYMCT TAX |
| File: 000053 Status: ACTIVE | LWW: 53 NWW: 269 | | S-Single | 24,000.00 Y 401K | 269.00 Y TAXFRQCT |
| Dept: 100 Sex: M | Paid 12th of Month: 1,2,3 | | 19: NY SUI/DI | 5,012.00 Ac 02 MEDIC | 18,974.00 Ac 09 MEDIC |
| Clock: XN50B | Prior Qtr Month: 3 | | 3305 Local | 18,974.00 Ac 10 POP E | 18,974.00 Ac 11 HEALT |
| SSN: ON FILE | | | NY METRO - M | 10,466.44 Ac 15 LOAN | 181,452.88 Ac 20 ELIGI |
| Dates | SCHEDULED AMOUNTS | | | | |
| Birth: 04/18/1951 | 358.00 | I MED | | | |
| Hire: 03/01/2006 | | Calc Factors | | | |
| Date L: 08/21/2006 | 015.0000 88 401K% | | | | |
| | | Goal Deductions | | | |
| | #1 197.48 R K-LOAN | | | | |
| | Limit: 32864.20 To Date: 28695.08 | | | | |
| | | Direct Deposits | | | |
| | Acct 1: XXXXX5644 | Code: C | | | |
| | Tran/ABA: XXXXXXXX X | Full Deposit | | | |

STAR AUTO SALES  
Company Code: JDJ  
Service Center: 040  
Batch: 4089-040 Period Ending: 12/25/2015 Week 53  
Pay Date: 12/31/2015 Page 6

ADP Master Control

| PERSONNEL | PAY | TAX STATUS | SCHEDULED AMOUNTS | ACCUMULATIONS TO DATE | MC |
|---|---|---|---|---|---|

**PERSONNEL**
ARDO, DOUGLAS
Mailing & Home Address
MONTAUK HWY
EST HAMPTON, NY 11977

la: 000053  Status: ACTIVE
pt: 100     Sex: M
ck: XN50B
N: On File

Dates
e: 03/01/2006   Birth: 04/18/1951
le 4: 08/21/2006

**PAY**
Gross:   1,000.00
Salary:  1000.00
         Weekly
Rate Calc: 3
LWW: 52  NWW: 266
Paid 12th of Month: 1, 2, 3
Prior Qtr Month 3

**TAX STATUS**
Marital Status: M-MARRIED
Federal:
00 Exemptions
01 NY
S - Single
19 NY SUI/DI
3305 Local
NY METRO - M

**SCHEDULED AMOUNTS**
237.00   1 MED
015.0000  88  401K%
         Goal Deductions
197.48   R K-LOAN
Limit: 32584.20  To Date: 32584.20
         Direct Deposits
Acct 1: XXXX5644      Code C
Tran/ABA: XXXXXXXX X  Full Deposit

**ACCUMULATIONS TO DATE**
187,411.81  Y Gross         10,420.96  Y FIT
7,347.00    Y SS             2,530.67  Y MED
                                31.20  Y SUI/DI
5,050.72    Y State 1
174,528.73  Y NYMCT TXB        396.06  Y NYMCT TAX
24,000.00   Y 401K             268.00  Y TAXFRQCT
3,081.00    Ac 02 MEDIC     12,883.08  Ac 09 MEDIC
12,883.08   Ac 10 POP E     12,883.08  Ac 11 HEALT
8,689.12    Ac 15 LOAN     187,411.81  Ac 20 ELIGI

Calc Factors

STAR AUTO SALES
Company Code: JDJ

Batch: 8010-040  Period Ending: 12/23/2016  Week 52
Service Center: 040  Pay Date: 12/30/2016   Page 7

ADP Master Control

| | | Marital Status: M-MARRIED | | 173,453.46 Y Gross | 10,661.07 Y FIT |
|---|---|---|---|---|---|
| Gross: | 0.00 | Federal: | | 7,836.40 Y SS | 2,335.81 Y MED |
| Salary: | 1900.00 | 00 Exemptions | | 5,146.08 Y State 1 | 28.60 Y SUI/DI |
| | Weekly | 01 NY | | 161,090.46 Y NYMCT TXB | 370.54 Y NYMCT TAX |
| Rate Calc: 3 | | S-Single | | 24,000.00 Y 401K | 246.00 Y TAXFRCCT |
| LWW: 48 | NWW: 248 | 19 NY SUI/DI | | 2,322.00 Ac 02 MEDIC | 3,200.00 Ac 03 LOAN |
| Paid 12th of Month: 1,2 | | NY FLI | | 12,363.08 Ac 09 MEDIC | 12,363.00 Ac 10 POP E |
| Prior Qtr Month 3 | | 3305 Local | | 12,363.00 Ac 11 HEALT | 1,948.96 Ac 15 LOAN |
| | | NY METRO – M | | 173,453.46 Ac 20 ELIGI | 25,103.44 Ac 22 HEALT |
| | | | | 957.39 Ac 26 DENTA | 600.00 Ac 30 YTD B |
| | | | | 600.00 Ac 33 VACAT | |

| | | | 100.00 L LOAN | |
|---|---|---|---|---|
| | | | Goal Deductions | |
| | | | #1 291.64 R K-LOAN | 1752.46 |
| | | | Limit: 5,226.40 To Date: | |

ILARDO,DOUGLAS
Mailing & Home Address
7 MONTAUK HWY
EST HAMPTON, NY 11977

file: 000053   Status: TERM
epl: 100       Sec: M
lock: XN50B
SN: On File

Dates
Hire: 03/01/2006   Birth: 04/18/1951
                  Date 4: 08/21/2006
rm: 11/21/2017

STAR AUTO SALES
Company Code: JDJ

Batch: 5955-040   Period Ending: 12/24/2017   Week 52
Service Center: 040   Pay Date: 12/29/2017   Page 7

ADP Master Control

# Employee Earnings Record

**FILE:** 53  **SSN:** XXX XX 6084  **SEX:** M  **CLOCK:** XN50B  **EMPLOYEE NAME AND ADDRESS:** FILARDO, DOUGLAS, 44 SOUTH FOURTH ST, LOCUST VALLEY, NY 11560
**STATE:** NY  **SUI/SDI:** 19  **LOCAL:**
**Date 1:** 03/01/2006  **Date 2:** 04/18/1951

## PAY DETAILS

| Pay# | P/E Date | Pay Date | Reg Hours / Rate | OT Hours 3 & 4 | Reg Earnings | OT Earnings 3 & 4 | Earnings 5 | GROSS | Federal / State | SS / MED | Local / SUI/SDI | Voluntary Amount | CD | Voluntary Amount | CD | Net Pay | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 12/31/2010 | 01/07/2011 | 1000.0000 | | 1000.00 | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | / 0.60 | 623.61 | C | 150.00 | K | | 000000010002 |
| 02 | 01/07/2011 | 01/14/2011 | 1000.0000 | | 1000.00 | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.86 | / 0.60 | 636.68 | C | 153.75 | K | | 000000020003 |
| 03 | 01/07/2011 | 01/14/2011 | 1000.0000 | | | 3924.09 C | | 3924.09 | 372.27 / 90.53 | 164.81 / 56.90 | | 2650.97 | C | 588.61 | K | | 000000020004 |
| 04 | 01/07/2011 | 01/14/2011 | 1000.0000 | | | 3924.09 C | | 3924.09 | 372.27 / 90.53 | 164.81 / 56.90 | | 2650.97 | C | 588.61 | K | | 000000020005 |
| 05 | 01/07/2011 | 01/14/2011 | 1000.0000 | | | 3924.10 C | | 3924.10 | 372.27 / 90.53 | 164.82 / 56.90 | | 2650.96 | C | 588.62 | K | | 000000020006 |
| 06 | 01/14/2011 | 01/21/2011 | 1000.0000 | | 1000.00 | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | / 0.60 | 623.61 | C | 150.00 | K | | 000000030003 |
| 07 | 01/21/2011 | 01/28/2011 | 1000.0000 | | 1000.00 | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | / 0.60 | 623.61 | C | 150.00 | K | | 000000040002 |
| 08 | 01/28/2011 | 02/04/2011 | 1000.0000 | | 1000.00 | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.86 | / 0.60 | 636.68 | C | 153.75 | K | | 000000050002 |
| 09 | 02/04/2011 | 02/11/2011 | 1000.0000 | | 1000.00 | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | / 0.60 | 623.61 | C | 150.00 | K | | 000000060002 |
| 10 | 02/11/2011 | 02/18/2011 | 1000.0000 | | | | | 1000.00 | 38.27 / 8.98 | 42.00 / 14.50 | | 245.65 | C | 650.00 | K | | 000000070002 |
| 11 | 02/11/2011 | 02/18/2011 | 1000.0000 | | | 3088.12 C | | 3088.12 | 265.69 / 56.84 | 129.70 / 44.78 | | 2127.89 | C | 463.22 | K | | 000000070003 |
| 12 | 02/11/2011 | 02/18/2011 | 1000.0000 | | | 3088.12 C | | 3088.12 | 265.69 / 56.84 | 129.70 / 44.78 | | 2127.89 | C | 463.22 | K | | 000000070004 |
| 13 | 02/11/2011 | 02/18/2011 | 1000.0000 | | | 3088.12 C | | 3088.12 | 265.69 / 56.84 | 129.70 / 44.78 | | 2127.89 | C | 463.22 | K | | 000000070005 |

## TOTALS
QTR / YTD

CONTINUED ON NEXT PAGE

**STAR AUTO SALES**  Company Code: JDJ
Batch: 1893-040  Quarter Ended: 03/31/2011  Page: 1
FILARDO, DOUGLAS  FILE: 53

ADP® Employee Earnings Record

# Employee Earnings Record

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 53 | XXX XX 6084 | | M | XN50B | FILARDO, DOUGLAS<br>44 SOUTH FOURTH ST<br>LOCUST VALLEY, NY 11560 | NY | | 19 |

Date 1: 03/01/2006   Date 2: 04/18/1951   Date 3:

## PAY DETAILS

| Pay# | P/E Date | Pay Date | Rate | HOURS/UNITS Reg | O/T | Hours 3 & 4 | EARNINGS Reg | O/T | Earnings 3 & 4 | Earnings 5 | GROSS | STATUTORY DEDUCTIONS Federal / State | SS / MED | Local / SUI/SDI | VOLUNTARY DED Amount / CD | Amount / CD | NET PAY Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept | | | | | | | | | | | | | | | | | |
| 14 | 02/11/2011 | 02/18/2011 | 1000.0000 | | | | | | | | 3088.12 | 265.69 / 56.84 | 129.70 / 44.77 | | 2127.90 C | 463.22 K | 000000070006 |
| 100 | | | | | | | | | | | | | | | | | |
| 15 | 02/18/2011 | 02/25/2011 | 1000.0000 | | | | | | | | | | | | 500.00- K | 500.00 R | 000000080002 |
| 100 | | | | | | | | | | | | | | | | | |
| 16 | 02/18/2011 | 02/25/2011 | 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.87 | 0.60 | 136.67 C / 500.00 R | 153.75 K | 000000090002 |
| 100 | | | | | | | | | | | | | | | | | |
| 17 | 02/25/2011 | 03/04/2011 | 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.86 | 0.60 | 136.68 C / 500.00 R | 153.75 K | 000000100002 |
| 100 | | | | | | | | | | | | | | | | | |
| 18 | 03/04/2011 | 03/11/2011 | 1000.0000 | | | | 1000.00 | | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | | 123.61 C / 500.00 R | 150.00 K | 000000110002 |
| 100 | | | | | | | | | | | | | | | | | |
| 19 | 03/11/2011 | 03/18/2011 | 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.86 | 0.60 | 136.68 C / 500.00 R | 153.75 K | 000000110003 |
| 100 | | | | | | | | | | | | | | | | | |
| 20 | 03/11/2011 | 03/18/2011 | 1000.0000 | | | | | | 3544.63 C | | 3544.63 | 323.89 / 74.30 | 148.87 / 51.40 | | 2414.48 C | 531.69 K | 000000110004 |
| 100 | | | | | | | | | | | | | | | | | |
| 21 | 03/11/2011 | 03/18/2011 | 1000.0000 | | | | | | 3544.63 C | | 3544.63 | 323.89 / 74.30 | 148.88 / 51.40 | | 2414.47 C | 531.69 K | 000000110005 |
| 100 | | | | | | | | | | | | | | | | | |
| 22 | 03/11/2011 | 03/18/2011 | 1000.0000 | | | | | | 3544.63 C | | 3544.63 | 323.89 / 74.30 | 148.87 / 51.39 | | 2414.49 C | 531.69 K | 000000110006 |
| 100 | | | | | | | | | | | | | | | | | |
| 23 | 03/11/2011 | 03/18/2011 | 1000.0000 | | | | | | 3544.63 C | | 3544.63 | 323.89 / 74.30 | 148.88 / 51.40 | | 2414.47 C | 531.69 K | 000000110006 |
| 100 | | | | | | | | | | | | | | | | | |
| 24 | 03/18/2011 | 03/25/2011 | 1000.0000 | | | | 1000.00 | | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | 0.60 | 123.61 C / 500.00 R | 150.00 K | 000000120002 |
| 100 | | | | | | | | | | | | | | | | | |

## TOTALS

| | REG.HOURS 3 | O/T HOUR 3 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC.SEC.TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT.VOL.DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 0.00 | 0.00 | 0.00 | 0.00 | 12000.00 | 125.00 U | 38428.28 | 0.00 | 0.00 | 50428.28 | 4946.74 / 1267.83 | 2117.99 / 731.21 | 0.00 / 7.20 | 41357.31 / 0.00 |
| YTD | | | | | | | | | | 50428.28 | 4946.74 / 1267.83 | 2117.99 / 731.21 | 0.00 / 7.20 | |

## EARNINGS ANALYSIS

| | | | | | | |
|---|---|---|---|---|---|---|
| 38303.28 C | | | | | 7564.23 K | 30793.08 C |

## STATE ANALYSIS

1267.83 01NY

## LOCAL ANALYSIS

## VOLUNTARY DEDUCTIONS ANALYSIS

3000.00 R

---

STAR AUTO SALES
Company Code: JDJ

Batch: 1893-040   Quarter Ended: 03/31/2011   Page: 2
FILARDO, DOUGLAS
FILE: 53

ADP Employee Earnings Record
© 1998, Automatic Data Processing, Inc.

# Employee Earnings Record

**FILE:** 53 **SSN:** XXX XX 6084 **DATA CONTROL** **SEX:** M **CLOCK:** XN50B **EMPLOYEE NAME AND ADDRESS:** FILARDO, DOUGLAS, 44 SOUTH FOURTH ST, LOCUST VALLEY, NY 11560 **STATE:** NY **SUI/SDI:** 19 **LOCAL:**

**Date 1:** 03/01/2006 **Date 2:** 04/19/1951 **Date 3:**

| Pay # Dept | P/E Date Rate | Pay Date | Reg Hours 3&4 | O/T Hours 3&4 | Reg | O/T Earnings 3&4 | Earnings 5 | Gross | Federal State | SS MED | Local SUI/SDI | Amount | CD | Amount | CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 100 | 04/01/2011 1000.0000 | 03/25/2011 | | | 1000.00 | 25.00 U | | 1025.00 | 133.20 42.86 | 43.05 14.86 | | 136.68 500.00 | C R | 153.75 | K | 000000130002 |
| 02 100 | 04/08/2011 1000.0000 | 04/01/2011 | | | 1000.00 | | | 1000.00 | 127.89 41.40 | 42.00 14.50 | 0.60 | 123.61 500.00 | C R | 150.00 | K | 000000140002 |
| 03 100 | 04/15/2011 1000.0000 | 04/08/2011 | | | 1000.00 | 25.00 U | | 1025.00 | 133.20 42.86 | 43.05 14.87 | | 136.67 500.00 | C R | 153.75 | K | 000000150002 |
| 04 100 | 04/15/2011 1000.0000 | 04/08/2011 | | | | 3272.38 C | | 3272.38 | 289.18 63.89 | 137.44 47.44 | | 2243.57 | C | 490.86 | K | 000000150003 |
| 05 100 | 04/15/2011 1000.0000 | 04/08/2011 | | | | 3272.38 C | | 3272.38 | 289.18 63.89 | 137.44 47.45 | | 2243.56 | C | 490.86 | K | 000000150004 |
| 06 100 | 04/15/2011 1000.0000 | 04/08/2011 | | | | 3272.38 C | | 3272.38 | 289.18 63.89 | 137.44 47.45 | | 2243.56 | C | 490.86 | K | 000000150005 |
| 07 100 | 04/15/2011 1000.0000 | 04/08/2011 | | | | 3272.38 C | | 3272.38 | 289.18 63.89 | 137.44 47.45 | | 2243.56 | C | 490.86 | K | 000000150006 |
| 08 100 | 04/22/2011 1000.0000 | 04/15/2011 | | | 1000.00 | | | 1000.00 | 127.89 41.40 | 42.00 14.50 | 0.60 | 123.61 500.00 | C R | 150.00 | K | 000000160002 |
| 09 100 | 04/29/2011 1000.0000 | 04/22/2011 | | | 1000.00 | | | 1000.00 | 127.89 41.40 | 42.00 14.50 | 0.60 | 123.61 500.00 | C R | 150.00 | K | 000000170002 |
| 10 100 | 05/06/2011 1000.0000 | 04/29/2011 | | | 1000.00 | | | 1000.00 | 127.89 41.40 | 42.00 14.50 | 0.60 | 123.61 500.00 | C R | 150.00 | K | 000000180001 |
| 11 100 | 05/13/2011 1000.0000 | 05/06/2011 | | | 1000.00 | 25.00 U | | 1025.00 | 133.20 42.86 | 43.05 14.87 | | 153.75 500.00 | K R | 136.67 | L | 000000190002 |
| 12 100 | 05/13/2011 1000.0000 | 05/06/2011 | | | | 3494.41 C | | 3494.41 | 317.49 72.38 | 146.76 50.66 | | 2319.63 63.33 | C L | 524.16 | K | 000000190003 |
| 13 100 | 05/13/2011 1000.0000 | 05/06/2011 | | | | 3494.42 C | | 3494.42 | 317.49 72.38 | 146.77 50.67 | | 2382.95 | C | 524.16 | K | 000000190004 |

**TOTALS**

| | REG HOURS | O/T HOURS | HOURS 3 | REG EARNINGS | O/T EARN 2 | EARNINGS 3 | O/T EARN 3 | EARNINGS 5 | GROSS PAY | FEDERAL TAX STATE TAX | SOC. SEC. TAX MEDICARE TAX | LOCAL TAX SUI/SDI | TOT. VOL. DED NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | | | | | | | | | | | | | |
| YTD | | | | | | | | | | | | | |

CONTINUED ON NEXT PAGE

**STAR AUTO SALES**
Company Code: JDJ

Batch: 1985-040  Quarter Ended: 06/30/2011  Page: 1
FILARDO, DOUGLAS
FILE: 53

ADP® Employee Earnings Record

# Employee Earnings Record

**STAR AUTO SALES**
Company Code: JDJ
Batch: 1985-040  Quarter Ended: 06/30/2011  Page: 2
FILARDO, DOUGLAS
FILE: 53

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 53 | XXX XX 6084 | | M | XN50B | FILARDO, DOUGLAS | NY | 1 | 19 |
| Date 1 | | Date 2 | | Date 3 | 44 SOUTH FOURTH ST | | | |
| 03/01/2006 | | 04/18/1951 | | | LOCUST VALLEY, NY 11560 | | | |

## PAY DETAILS / EARNINGS / STATUTORY DEDUCTIONS / VOLUNTARY DED / NET PAY

| Pay# | P/E Date | Pay Date | Reg Hours | O/T Hours 3 & 4 | Rate | Reg | O/T | Earnings 3 & 4 | Earnings 5 | Gross | Federal / State | SS / MED | Local SUI/SDI | Vol Amount | CD | Vol Amount2 | CD | Net Amount | CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 100 | 05/06/2011 | 05/13/2011 | | | 1000.0000 | | | 3494.41 C | | 3494.41 | 317.49 / 72.38 | 146.76 / 50.67 | | 2382.95 | C | 524.16 | K | | | 000000190005 |
| 15 100 | 05/13/2011 | 05/20/2011 | | | 1000.0000 | 1000.00 | | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | 0.60 | 123.61 / 500.00 | C R | 150.00 | K | | | 000000200002 |
| 16 100 | 05/13/2011 | 05/20/2011 | | | 1000.0000 | | | 1472.28 C | | 1472.28 | 88.80 / 1.77 | 61.84 / 21.35 | | 1077.68 | C | 220.84 | K | | | 000000200003 |
| 17 100 | 05/13/2011 | 05/20/2011 | | | 1000.0000 | | | 1472.28 C | | 1472.28 | 88.80 / 1.77 | 61.84 / 21.35 | | 1077.68 | C | 220.84 | K | | | 000000200004 |
| 18 100 | 05/20/2011 | 05/27/2011 | | | 1000.0000 | 1000.00 | | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.86 | | 136.68 / 500.00 | C R | 153.75 | K | | | 000000210001 |
| 19 100 | 05/27/2011 | 06/03/2011 | | | 1000.0000 | 1000.00 | | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | 0.60 | 123.61 / 500.00 | C R | 150.00 | K | | | 000000220002 |
| 20 100 | 06/03/2011 | 06/10/2011 | | | 1000.0000 | 1000.00 | | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.86 | 0.60 | 136.68 / 500.00 | C R | 153.75 | K | | | 000000230002 |
| 21 100 | 06/10/2011 | 06/17/2011 | | | 1000.0000 | 1000.00 | | | | 1000.00 | 127.89 / 41.40 | 42.00 / 14.50 | 0.60 | 123.61 / 500.00 | C R | 150.00 | K | | | 000000240002 |
| 22 100 | 06/10/2011 | 06/17/2011 | | | 1000.0000 | | | 3613.96 C | | 3613.96 | 332.73 / 76.95 | 151.78 / 52.41 | | 2458.00 | C | 542.09 | K | | | 000000240003 |
| 23 100 | 06/10/2011 | 06/17/2011 | | | 1000.0000 | | | 3613.96 C | | 3613.96 | 332.73 / 76.95 | 151.79 / 52.40 | | 2458.00 | C | 542.09 | K | | | 000000240004 |
| 24 100 | 06/10/2011 | 06/17/2011 | | | 1000.0000 | | | 3613.96 C | | 3613.96 | 332.73 / 76.95 | 151.78 / 52.40 | | 2458.01 | C | 542.09 | K | | | 000000240005 |
| 25 100 | 06/10/2011 | 06/17/2011 | | | 1000.0000 | | | 3613.96 C | | 3613.96 | 332.73 / 76.95 | 151.79 / 52.40 | | 2458.00 | C | 542.09 | K | | | 000000240006 |
| 26 100 | 06/17/2011 | 06/24/2011 | | | 1000.0000 | 1000.00 | | 25.00 U | | 1025.00 | 133.20 / 42.86 | 43.05 / 14.87 | 0.60 | 136.67 / 500.00 | C R | 153.75 | K | | | 000000250002 |

## TOTALS

| | Reg Hours 1 | O/T Hour 2 | Hours 3 | Hours 4 | Reg Earnings 1 | O/T Earn 2 | Earnings 3 | Earnings 4 | Earnings 5 | Gross Pay | Federal Tax / State Tax | Soc Sec Tax / Medicare Tax | Local / SUI/SDI | Tot Vol Ded / Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 0.00 | 0.00 | 0.00 | 0.00 C | 13000.00 | 0.00 | 41123.16 | 0.00 | 0.00 C | 54123.16 | 5312.14 / 1331.00 | 2273.17 / 784.79 | 0.00 / 7.80 | 44414.26 / 0.00 |
| YTD | | | | | | | | | | 104551.44 | 10258.88 / 2598.83 | 4391.16 / 1516.00 | 0.00 / 15.00 | |

## HOURS/UNITS ANALYSIS / EARNINGS ANALYSIS / STATE ANALYSIS / LOCAL ANALYSIS / VOLUNTARY DEDUCTIONS ANALYSIS

| Reg Earnings 1 | | Earnings Analysis | | State Analysis | | Local Analysis | | Voluntary Deductions Analysis | |
|---|---|---|---|---|---|---|---|---|---|
| 40973.16 | C | 150.00 | C | 1331.00 | 01NY | | | 29555.80 C | 8118.46 K |
| | | | | | | | | 6500.00 L | 200.00 R |

ADP Employee Earnings Record
© 1979 Automatic Data Processing, Inc.

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SU/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 53 | XXX XX 6084 | M | | XN50B | FILARDO, DOUGLAS | NY | | 19 |
| Date 1 03/01/2006 | | Date 2 04/18/1951 | | Date 3 | 44 SOUTH FOURTH ST LOCUST VALLEY, NY 11560 | | | |

### PAY DETAILS / HOURS/UNITS / EARNINGS / STATUTORY DEDUCTIONS / VOLUNTARY DED / NET PAY

| Pay# | P/E Date | Pay Date Rate | Reg Hours 1 | O/T Hour 2 | Hours 3 & 4 | Reg Earnings 1 | O/T Earn 2 | Earnings 3 & 4 | Earnings 5 | GROSS | Federal / State | SS / MED | Local / SUI/DI | Amount | CD | Amount | CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 100 | 08/26/2011 | 09/02/2011 1000.0000 | | 0.00 | 0.00 | 1000.00 | 0.00 | | | 1000.00 | 84.77 / 28.39 | 11.74 | 0.60 | 34.50 / 150.00 | C / K | 190.00 / 500.00 | I / R | 000000350001 |
| 15 100 | 09/02/2011 | 09/09/2011 1000.0000 | | | | 1000.00 | | | | 1000.00 | 84.77 / 28.39 | 11.75 | 0.60 | 34.49 / 150.00 | C / K | 190.00 / 500.00 | I / R | 000000360001 |
| 16 100 | 09/09/2011 | 09/16/2011 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 87.96 / 29.84 | 12.11 | | 50.74 / 153.75 | C / K | 190.00 / 500.00 | I / R | 000000370001 |
| 17 100 | 09/09/2011 | 09/16/2011 1000.0000 | | | | | | 1897.97 C | | 1897.97 | 124.98 / 16.24 | 27.52 | | 1444.53 | C | 284.70 | K | 000000370002 |
| 18 100 | 09/09/2011 | 09/16/2011 1000.0000 | | | | | | 1897.96 C | | 1897.96 | 124.98 / 16.24 | 27.52 | | 1444.53 | C | 284.69 | K | 000000370053 |
| 19 100 | 09/09/2011 | 09/16/2011 1000.0000 | | | | | | 1897.97 C | | 1897.97 | 124.98 / 16.24 | 27.52 | | 1444.53 | C | 284.70 | K | 000000370004 |
| 20 100 | 09/15/2011 | 09/23/2011 1000.0000 | | | | 1000.00 | | | | 1000.00 | 84.77 / 28.39 | 11.74 | 0.60 | 34.50 / 150.00 | C / K | 190.00 / 500.00 | I / R | 000000380001 |
| 21 100 | 09/23/2011 | 09/30/2011 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 87.96 / 29.84 | 12.11 | 0.60 | 50.74 / 153.75 | C / K | 190.00 / 500.00 | I / R | 000000390001 |

### TOTALS

| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | TOT. VOL. DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 0.00 | 0.00 | 0.00 | 0.00 | 12600.00 | 0.00 | 17342.00 | 0.00 | 0.00 | 29942.00 | 2413.77 / 618.11 | 94.44 / 398.34 | 0.00 / 8.40 | 26408.94 / 0.50 |
| YTD | | | | | | | | | | 134493.44 | 12672.65 / 3216.94 | 4485.60 / 1914.34 | 0.00 / 23.40 | |

### EARNINGS ANALYSIS

| 15792.00 | C | 400.00 | S |
| --- | --- | --- | --- |
| 150.00 | U | 1000.00 | V |

### STATE ANALYSIS
618.11 01NY

### LOCAL ANALYSIS
12447.65 C

### VOLUNTARY DEDUCTIONS ANALYSIS
2470.00 I   4491.29 K   7000.00 R

STAR AUTO SALES
Company Code: JDJ

ADP Employee Earnings Record

Batch: 2119-040    Quarter Ended: 09/30/2011    Page: 2
FILARDO, DOUGLAS
FILE: 53

© 1929, Automatic Data Processing, Inc.

# Employee Earnings Record

| FILE | SSN | DATA CONTROL | SEX | CLOCK | EMPLOYEE NAME AND ADDRESS | STATE | SUI/SDI | LOCAL |
|---|---|---|---|---|---|---|---|---|
| 53 | XXX XX 6084 | Date 1: 03/01/2006  Date 2: 04/18/1951  Date 3: | M | XN50B | FILARDO, DOUGLAS  44 SOUTH FOURTH ST.  LOCUST VALLEY, NY 11560 | NY | 19 | |

## PAY DETAILS / HOURS·UNITS / EARNINGS / STATUTORY DEDUCTIONS / VOLUNTARY DED / NET PAY

| Pay# | P/E Date | Pay Date | Reg Hours | O/T Hours 3&4 | Reg | O/T Earnings 3&4 | Earnings 3&4 | Earnings 5 | GROSS | Federal | State | SS | MED | Local SUI/SDI | Amount | CD | Amount | CD | Amount | CD | Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 100 | 06/24/2011 | 07/01/2011 1000.0000 | | | 1000.00 | | | | 1000.00 | 127.89 41.40 | | 42.00 | 14.50 | | 123.61 500.00 | C R | 150.00 | K | | | 000000260002 |
| 02 100 | 07/01/2011 | 07/08/2011 1000.0000 | | | 1000.00 | | | | 1000.00 | 84.77 28.39 | | 34.02 11.74 | | | 0.48 150.00 | C K | 190.00 500.00 | I R | | | 000000270002 |
| 03 100 | 07/08/2011 | 07/15/2011 1000.0000 | | | 1000.00 | | 25.00 U | | 1025.00 | 87.96 29.84 | | 18.42 12.11 | | | 32.32 153.75 | C K | 190.00 500.00 | I R | | | 000000280002 |
| 04 100 | 07/08/2011 | 07/15/2011 1000.0000 | | | | | 1987.63 C | | 1987.63 | 132.61 19.29 | | 28.82 | | | 1508.77 | C | 298.14 | K | | | 000000280003 |
| 05 100 | 07/08/2011 | 07/15/2011 1000.0000 | | | | | 1987.62 C | | 1987.62 | 132.61 19.29 | | 28.82 | | | 1508.76 | C | 298.14 | K | | | 000000280004 |
| 06 100 | 07/15/2011 | 07/22/2011 1000.0000 | | | | | 25.00 U 1000.00 V | | 1025.00 | 87.96 29.84 | | 11.74 12.11 | | 0.60 | 50.74 153.75 | C K | 190.00 500.00 | I R | | | 000000290001 |
| 07 100 | 07/22/2011 | 07/29/2011 1000.0000 | | | 1000.00 | | | | 1000.00 | 84.77 28.39 | | 34.50 11.74 | | 0.60 | 34.50 150.00 | C K | 190.00 500.00 | I R | | | 000000300001 |
| 08 100 | 07/29/2011 | 08/05/2011 1000.0000 | | | 1000.00 | | 25.00 U | | 1025.00 | 87.96 29.84 | | 12.11 | | 0.60 | 50.74 153.75 | C K | 190.00 500.00 | I R | | | 000000310001 |
| 09 100 | 08/05/2011 | 08/12/2011 1000.0000 | | | 1000.00 | | | | 1000.00 | 84.77 28.39 | | 11.74 | | 0.60 | 34.50 150.00 | C K | 190.00 500.00 | I R | | | 000000320001 |
| 10 100 | 08/12/2011 | 08/19/2011 1000.0000 | | | 600.00 | | 400.00 S 25.00 U | | 1025.00 | 87.96 29.84 | | 12.11 | | 0.60 | 50.74 153.75 | C K | 190.00 500.00 | I R | | | 000000330001 |
| 11 100 | 08/12/2011 | 08/19/2011 1000.0000 | | | | | 3061.43 C | | 3061.43 | 262.29 55.82 | | 44.39 | | | 2239.72 | C | 459.21 | K | | | 000000330002 |
| 12 100 | 08/12/2011 | 08/19/2011 1000.0000 | | | | | 3061.42 C | | 3061.42 | 262.28 55.82 | | 44.39 | | | 2239.72 | C | 459.21 | K | | | 000000330003 |
| 13 100 | 08/19/2011 | 08/26/2011 1000.0000 | | | 1000.00 | | | | 1000.00 | 84.77 28.39 | | 11.75 | | 0.60 | 34.49 150.00 | C K | 190.00 500.00 | I R | | | 000000340001 |

### TOTALS
| | REG HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX STATE TAX | SOC. SEC. TAX MEDICARE TAX | LOCAL SUI/SDI | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | | | | | | | | | | | | | | |
| YTD | | | | | | | | | | | | | | |

HOURS/UNITS ANALYSIS · EARNINGS ANALYSIS · STATE ANALYSIS · LOCAL ANALYSIS · VOLUNTARY DEDUCTIONS ANALYSIS

CONTINUED ON NEXT PAGE

STAR AUTO SALES
Company Code: JDJ

Batch: 2119-040  Quarter Ended: 09/30/2011  Page:1
FILARDO, DOUGLAS
FILE: 53

ADP Employee Earnings Record

© 1992, Automatic Data Processing, Inc.

# Employee Earnings Record

**FILE:** 53 XXX XX 6004  
**SEX:** M  **CLOCK:** XN50B  
**EMPLOYEE NAME AND ADDRESS:** FILARDO, DOUGLAS  
44 SOUTH FOURTH ST  
LOCUST VALLEY, NY 11560  
**Date 1:** 03/01/2006  **Date 2:** 04/18/1951  
**STATE:** NY  **SUI/SDI:** 19

## Pay Details

| Dept | P/E Date | Pay Date | Rate | Reg | O/T | Earnings 3&4 | Gross | Federal | State | SS | MED | Local SUI/SDI | Vol Amount | CD | Vol Amount | CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/30/2011 | 10/07/2011 | 1000.0000 | 1000.00 | | | 1000.00 | 84.77 / 28.39 | | 11.74 | 0.60 | | 34.50 | C | 190.00 | I | 000000400001 |
| | | | | | | | | | | | | | 150.00 | K | 500.00 | R | |
| 02 | 10/07/2011 | 10/14/2011 | 1000.0000 | 1000.00 | | 25.00 U | 1025.00 | 87.96 / 29.84 | | 12.11 | 0.60 | | 50.74 | C | 190.00 | I | 000000410001 |
| | | | | | | | | | | | | | 153.75 | K | 500.00 | R | |
| 03 | 10/07/2011 | 10/14/2011 | 1000.0000 | | | 2518.30 C | 2518.30 | 193.03 / 37.33 | | 36.52 | | | 1873.67 | C | 377.75 | K | 000000410002 |
| 04 | 10/07/2011 | 10/14/2011 | 1000.0000 | | | 2518.30 C | 2518.30 | 193.03 / 37.33 | | 36.51 | | | 1873.68 | C | 377.75 | K | 000000410003 |
| 05 | 10/14/2011 | 10/21/2011 | 1000.0000 | 1000.00 | | 25.00 U | 1025.00 | 87.96 / 29.84 | | 12.11 | 0.60 | | 50.74 | C | 190.00 | I | 000000420001 |
| | | | | | | | | | | | | | 153.75 | K | 500.00 | R | |
| 06 | 10/21/2011 | 10/28/2011 | 1000.0000 | 1000.00 | | | 1000.00 | 84.77 / 28.39 | | 11.75 | 0.60 | | 34.49 | C | 190.00 | I | 000000430001 |
| | | | | | | | | | | | | | 150.00 | K | 500.00 | R | |
| 07 | 10/28/2011 | 11/04/2011 | 1000.0000 | 1000.00 | | | 1000.00 | 84.77 / 28.39 | | 11.74 | 0.60 | | 34.50 | C | 190.00 | I | 000000440001 |
| | | | | | | | | | | | | | 150.00 | K | 500.00 | R | |
| 08 | 11/04/2011 | 11/10/2011 | 1000.0000 | 1000.00 | | 25.00 U | 1025.00 | 87.96 / 29.84 | | 12.11 | 0.60 | | 50.74 | C | 190.00 | I | 000000450001 |
| | | | | | | | | | | | | | 153.75 | K | 500.00 | R | |
| 09 | 11/04/2011 | 11/10/2011 | 1000.0000 | | | 2693.10 C | 2693.10 | 252.03 / 53.07 | | 39.05 | | | 2189.68 | C | 159.27 | K | 000000450002 |
| 10 | 11/04/2011 | 11/10/2011 | 1000.0000 | | | 2693.10 C | 2693.10 | 275.92 / 59.91 | | 39.05 | | | 2318.22 | C | | | 000000450003 |
| 11 | 11/11/2011 | 11/18/2011 | 1000.0000 | 1000.00 | | | 1000.00 | 117.89 / 38.66 | | 11.74 | 0.60 | | 141.11 | C | 190.00 | I | 000000460001 |
| | | | | | | | | | | | | | 500.00 | R | | | |
| 12 | 11/18/2011 | 11/25/2011 | 1000.0000 | 1000.00 | | | 1000.00 | 117.89 / 38.66 | | 11.75 | 0.60 | | 141.10 | C | 190.00 | I | 000000470001 |
| | | | | | | | | | | | | | 500.00 | R | | | |
| 13 | 11/25/2011 | 12/02/2011 | 1000.0000 | 1000.00 | | 25.00 U | 1025.00 | 124.14 / 40.37 | | 12.11 | 0.60 | | 157.78 | C | 190.00 | I | 000000480001 |
| | | | | | | | | | | | | | 500.00 | R | | | |

## Totals

| | REG. HOURS 1 | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG. EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC. SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | VOLUNTARY/DEDUCTIONS ANALYSIS | TOT VOL DED / NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | | | | | | | | | | | | | | | |
| YTD | | | | | | | | | | | | | | | |

EARNINGS ANALYSIS | STATE ANALYSIS | LOCAL ANALYSIS

## CONTINUED ON NEXT PAGE

STAR AUTO SALES  
Company Code: JDJ  
Batch: 2271-040  Quarter Ended: 12/31/2011  Page: 1  
FILARDO, DOUGLAS  
FILE: 53

ADP® Employee Earnings Record

# Employee Earnings Record

**FILE:** | **SSN:** 53 XXX XX 6084 | **DATA CONTROL:** | **SEX:** M | **CLOCK:** XN50B | **EMPLOYEE NAME AND ADDRESS:** FILARDO, DOUGLAS / 44 SOUTH FOURTH ST / LOCUST VALLEY, NY 11560 | **STATE:** NY | **SU/SDI:** | **LOCAL:** 19

**Date 1:** 03/01/2006  **Date 2:** 04/18/1951  **Date 3:**

## EARNINGS / HOURS / DEDUCTIONS

| Pay# | P/E Date | Pay Date | Rate | Reg Hours | O.T. Hours | Earnings 3&4 | Reg | O.T. | Earnings 3&4 | Earnings 5 | GROSS | Federal | State | SS MED | Local | SU/SDI | Amount | CD | Amount | CD | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 12/02/2011 | | 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 124.14 | 40.37 | 38.66 12.10 | 0.60 | | 657.79 | C | 190.00 | | 000000490001 |
| 15 | 12/09/2011 | | 1000.0000 | | | | 1000.00 | | | | 1000.00 | 117.89 | 38.66 | 11.75 | 0.60 | | 641.10 | C | 190.00 | | 000000500001 |
| 16 | 12/09/2011 | | 1000.0000 | | | | | | 2164.22 C | | 2164.22 | 196.59 | 38.28 | 31.38 | | | 1897.97 | C | | | 000000500002 |
| 17 | 12/09/2011 | | 1000.0000 | | | | | | 2164.23 C | | 2164.23 | 196.59 | 38.28 | 31.38 | | | 1897.98 | C | | | 000000500003 |
| 18 | 12/16/2011 | | 1000.0000 | | | | 1000.00 | | 25.00 U | | 1025.00 | 124.14 | 40.37 | 38.66 12.11 | 0.60 | | 657.78 | C | 190.00 | | 000000510001 |
| 19 | 12/23/2011 | | 1000.0000 | | | | 1000.00 | | | | 1000.00 | 117.89 | 38.66 | 11.74 | 0.60 | | 641.11 | C | 190.00 | | 000000520001 |

## TOTALS

| | REG HOURS 1 | O.T. HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX | STATE TAX | SOC. SEC. TAX MEDICARE TAX | LOCAL SU/SDI | TOT. VOL. DED NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | 0.00 | 0.00 | 0.00 | 0.00 C | 13000.00 U | 0.00 | 14901.25 | 0.00 | 0.00 C | 27901.25 | 2669.36 | 714.64 | 2669.36 368.75 | 0.00 7.80 | 0.00 2140.70 0.00 |
| YTD | | | | | | | | | | 162394.69 | 15342.01 | 3931.58 | 15342.01 4485.60 2288.09 | | 31.20 |

## EARNINGS ANALYSIS
14751.25 C | 150.00 U

## LOCAL ANALYSIS
15344.68 | 714.64 01NY

## VOLUNTARY DEDUCTIONS ANALYSIS
2470.00 I | 1826.02 K | 4500.00 R

---

STAR AUTO SALES  
Company Code: JDJ

Batch: 2271-040  Quarter Ended: 12/31/2011  Page: 2  
FILARDO, DOUGLAS  
FILE: 53

ADP Employee Earnings Record

# Employee Earnings Record

**FILE:** 53 **SSN:** XXX XX 6084 **SEX:** M **CLOCK:** XN50B **EMPLOYEE NAME AND ADDRESS:** FILARDO, DOUGLAS / 44 SOUTH FOURTH ST / LOCUST VALLEY, NY 11560
**Date 1:** 03/01/2006 **Date 2:** 04/18/1951 **Date 3:** — **STATE:** NY **SUI/SDI:** 19 **LOCAL:** —

## PAY DETAILS / HOURS / EARNINGS / DEDUCTIONS

| Pay# Dept | P/E Date | Pay Date / Rate | Reg Hours | O/T Hours 3&4 | Reg Earnings | O/T Earn 3&4 | Earnings 5 | Gross | Fed / State | SS / MED | Local / SUI/SDI | Vol Amount | CD | Vol Amount | CD | Net / Check# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 100 | 12/30/2011 | 01/06/2012 1000.0000 | | | 1000.00 | | | 1000.00 | 84.43 / 27.82 | 34.02 / 11.75 | / 0.60 | 501.38 | C | 190.00 | | 000000010001 |
| 02 100 | 01/06/2012 | 01/13/2012 1000.0000 | | | 1000.00 | | | 1000.00 | 84.43 / 27.82 | 34.02 / 11.74 | / | 501.39 / 150.00 | C / K | 190.00 | | 000000020001 |
| 03 100 | 01/13/2012 | 01/13/2012 1000.0000 | | | | 2050.15 C | | 2050.15 | 137.05 / 21.42 | 86.11 / 29.73 | / | 1468.32 | C | 307.52 | K | 000000020002 |
| 04 100 | 01/13/2012 | 01/13/2012 1000.0000 | | | | 2050.15 C | | 2050.15 | 137.05 / 21.42 | 86.10 / 29.72 | / | 1468.34 | C | 307.52 | K | 000000020003 |
| 05 100 | 01/13/2012 | 01/13/2012 1000.0000 | | | | 2050.15 C | | 2050.15 | 137.05 / 21.42 | 86.11 / 29.73 | / | 1468.32 | C | 307.52 | K | 000000020004 |
| 06 100 | 01/13/2012 | 01/20/2012 1000.0000 | 1000.00 | 25.00 U | | | | 1025.00 | 87.62 / 29.19 | 35.07 / 12.11 | / 0.60 | 516.66 / 153.75 | C / K | 190.00 | | 000000030001 |
| 07 100 | 01/20/2012 | 01/27/2012 1000.0000 | 1000.00 | | | | | 1000.00 | 84.43 / 27.82 | 34.02 / 11.74 | / 0.60 | 501.39 / 150.00 | C / K | 190.00 | | 000000040001 |
| 08 100 | 01/27/2012 | 02/03/2012 1000.0000 | 1000.00 | 25.00 U | | | | 1025.00 | 87.62 / 29.19 | 35.07 / 12.11 | / 0.60 | 516.66 / 153.75 | C / K | 190.00 | | 000000050001 |
| 09 100 | 02/03/2012 | 02/10/2012 1000.0000 | 1000.00 | | | | | 1000.00 | 84.43 / 27.82 | 34.02 / 11.75 | / 0.60 | 501.38 / 150.00 | C / K | 190.00 | | 000000060001 |
| 10 100 | 02/10/2012 | 02/17/2012 1000.0000 | 1000.00 | 25.00 U | | | | 1025.00 | 87.62 / 29.19 | 35.07 / 12.10 | / 0.60 | 516.67 / 153.75 | C / K | 190.00 | | 000000070001 |
| 11 100 | 02/10/2012 | 02/17/2012 1000.0000 | | | | 2020.34 C | | 2020.34 | 134.51 / 20.40 | 84.85 / 29.30 | / | 1448.23 | C | 303.05 | K | 000000070002 |
| 12 100 | 02/10/2012 | 02/17/2012 1000.0000 | | | | 2020.33 C | | 2020.33 | 134.51 / 20.40 | 84.86 / 29.29 | / | 1448.22 | C | 303.05 | K | 000000070003 |
| 13 100 | 02/10/2012 | 02/17/2012 1000.0000 | | | | 2020.33 C | | 2020.33 | 134.51 / 20.40 | 84.85 / 29.30 | / | 1448.22 | C | 303.05 | K | 000000070004 |

## TOTALS

| | REG HOURS | O/T HOUR 2 | HOURS 3 | HOURS 4 | REG EARNINGS 1 | O/T EARN 2 | EARNINGS 3 | EARNINGS 4 | EARNINGS 5 | GROSS PAY | FEDERAL TAX / STATE TAX | SOC SEC TAX / MEDICARE TAX | LOCAL / SUI/SDI | VOLUNTARY DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QTR | | | | | | | | | | | | | | | |
| YTD | | | | | | | | | | | | | | | |

CONTINUED ON NEXT PAGE

STAR AUTO SALES
Company Code: JDJ

Batch: 2446-040  Quarter Ended: 03/31/2012  Page: 1
FILARDO, DOUGLAS
FILE: 53

ADP® Employee Earnings Record

© 2000, Automatic Data Processing, Inc.