**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

**Chapter 13**

*In re:*                                               Case No.: 8-21-71691-REG

**DOUGLAS J. FILARDO,**

**Debtor.**

-----------------------------------------------------------------x

STATE OF NEW YORK )

COUNTY OF SUFFOLK)

<u>**ATTORNEY'S CERTIFICATE OF SERVCE**</u>

     **MICHAEL A. FARINA**, an attorney duly admitted to practice law in the State of New York

and this Court, hereby affirms under the penalty of perjury, and upon information and belief, as

follows:

     On December  30, 2021, I served a true copy of  **REPLY TO THE OPPOSITION TO**

**OBJECTION TO CLAIM FILED BY STAR SUBARU AND LIMITED OPPOSITION TO**

**CROSS MOTION FILED BY STAR    AUTO SALES OF QUEENS, LLC d/b/a STAR**

**SUBARU along with Exhibits "A" and "B"**  upon the following entities by mailing a true copy of

same in a postage-paid envelope and marked with the name and address of each entity to be served, and

depositing same in a post-office or official depository of the U.S. Postal Service within the State of New

York, addressed to the last known address of each of the addressees indicated below:

     **OFFICE OF THE UNITED STATES TRUSTEE**
     **560 Federal Plaza**
     **Central Islip, N. Y. 11722**

**MICHAEL J. MACCO, CHAPTER 13 TRUSTEE**
**2950 Express Drive South**
**Suite 109**
**Islandia, NY 11749**

**STAR AUTO SALES OF QUEENS, LLC**
**d/b/a STAR SUBARU**
**c/o**
**BERGER, FISCHOFF, SHUMER**
**WEXLER & GOODMAN, LLP**
**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
**Attention: Gary C. Fischoff, Esq.**

**STAR AUTO SALES OF QUEENS, LLC**
**d/b/a STAR SUBARU**
**c/o**
**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Avenue**
**Suite 3W8**
**Lake Success, NY 11042**
**Attention: Joseph M. Labuda, Esq.**

 **STAR AUTO SALES OF QUEENS, LLC**
**d/b/a STAR SUBARU**
**c/o**
**MILMAN LABUDA LAW GROUP PLLC**
**3000 Marcus Avenue**
**Suite 3W8**
**Lake Success, NY 11042**
**Attention: Jamie S. Felsen, Esq.**

Dated: Melville, New York
     December 30, 2021                 /s/ Michael Farina
                                         Michael Farina