Branch Offices
in Suffolk County:

150 Motor Parkway
Ste 401, Rm 424
Hauppauge, NY 11788

80 Orville Drive
Ste 100, Rm 225
Bohemia, NY 11716



**RONALD D. WEISS, P.C.**
ATTORNEY AT LAW
734 Walt Whitman Road., Suite 203, Melville, New York 11747
phone: (631)271-3737/3783 • fax: (631)271-3784
e: weiss@fresh-start.com

Branch Offices
in Nassau County:

626 RexCorp Plaza
Rm 681
Uniondale, NY 11556

1129 Northern Blvd
Ste 404
Manhasset NY 11030

January 3, 2022

*VIA ECF*
Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

                In Re:    **Douglas J. Filardo**
                                  <u>Case No.: 8-21-71691-reg</u>

Honorable Sir:

    This office represents Douglas J. Filardo ("Debtor"), Debtor in the above referenced Chapter 13 matter.

    After further review and discussion between the Debtor and this office, please be advised that the Debtor hereby consents to the Trustee's motion to dismiss ("Motion") (Dkt. No. 22) scheduled for Thursday, January 6, 2022 at 9:30 a.m. Please accept this letter as a Notice of No Opposition to the Trustee's Motion.

    If you should have any questions or concerns, please do not hesitate to contact the undersigned at the number listed below.

                                                        Sincerely,

                                                        <u>*/s/ Ronald D. Weiss, Esq.*</u>
                                                        Ronald D. Weiss, Esq.
                                                        Ronald D. Weiss, P.C.

cc: Michael J. Macco, Esq. (via ECF)
    *Chapter 13 Trustee*

    Gary Fischoff, Esq. (Via ECF)
    Berger, Fischoff, Shumer, Wexler & Goodman, LLP
    *Attorneys for Star Auto Sales of Queens, LLC*

    All Parties (Via ECF)