UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

DOUGLAS J. FILARDO

              Chapter 13
              Case No.:  21-71691-736

Debtor(s)
--------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

- On November 8, 2021, Michael J. Macco, Chapter 13 Trustee filed a Motion to Dismiss.

- Contemporaneously with the Motion, Michael J. Macco, Chapter 13 Trustee filed a notice of hearing on the Motion for JANUARY 6, 2022 at 9:30 a.m.

- Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received not later than 7 days before the hearing date. (the "Objection Deadline").

- The Objection Deadline has passed and no objection or other responsive pleadings to the Motion have been received by the Movant or filed with the Court.   Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.

Dated:  January 4, 2022

*/s/ Michael J. Macco*
MICHAEL J. MACCO
Chapter 13 Trustee
2950 Express Drive South- Suite 109
Islandia, New York 11749